---

**Fill in this information to identify the case:**

Debtor name ___Total Operating, LLC___

United States Bankruptcy Court for the: ___Northern___ District of ___Texas___
                                                                    (State)

Case number (If known): ___16-70245-7___

☐ Check if this is an amended filing

---

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

| Part 1: | Summary of Assets |
|---|---|

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B* ............................................................. $ 19,292.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B* ............................................................. $ 3,153,543.04

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B* ............................................................. $ 3,172,835.04

---

| Part 2: | Summary of Liabilities |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ............... $ 2,272,529.84

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F* ............................................................. $ 71,732.06

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ............................ + $ 3,112,033.81

4. **Total liabilities** ............................................................................................................
    Lines 2 + 3a + 3b .................. $ 5,456,295.71

---

**Fill in this information to identify the case:**

Debtor name    Total Operating, LLC

United States Bankruptcy Court for the:   Northern    District of   Texas
                                                        (State)

Case number (If known):    16-70245-7

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

    **All cash or cash equivalents owned or controlled by the debtor**        **Current value of debtor's interest**

2. **Cash on hand**         $   0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | | |
|---|---|---|---|---|---|
| 3.1. | Addendum | | | $ | 33,396.29 |
| 3.2. | | | | $ | |

4. **Other cash equivalents** *(Identify all)*

| | | | |
|---|---|---|---|
| 4.1. | Triumph Savings Bank, Escrow Reserves | $ | 17,088.00 |
| 4.2. | Triumph Savings Bank, Cash Reserves | $ | 15,824.84 |

5. **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     $   66,309.13

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☒ Yes. Fill in the information below.

                                                **Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| | | | |
|---|---|---|---|
| 7.1. | IPFS Corporation - Insurance Finance Company | $ | 24,583.12 |
| 7.2. | Republic Services - Utility Deposit | $ | 750.00 |

**Name: Total Operating, LLC**                              **Case #:**          **16-70245-7**

**Part 1 Number 3 - Checking, Savings, Money Market or Financial Brokerage Accounts**

|     | Name of Institution | Type of Account | Last 4 Digits | Amount |
|-----|---------------------|-----------------|---------------|--------|
| 3.1 | First State Bank    | Checking        | 0009          | $ 33,938.20 |
| 3.3 | Capital One         | Checking        | 2370          | $ (553.94) |
| 3.4 | Capital One         | Savings         | 2389          | $ 12.03 |
|     |                     |                 | **Total**     | **$ 33,396.29** |

Debtor    Total Operating, LLC
_____
      Name

Case number *(if known)*   16-70245-7
_____

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____   $_____

8.2._____   $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

| | |
|---|---|
| $   25,333.12 | |

---

## Part 3:   Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☒ Yes. Fill in the information below.

**Current value of debtor's interest**

**11. Accounts receivable**

| 11a. 90 days old or less: | 22,509 | – | 0 | = →→ | $ | 22,509 |
|---|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | | |
| 11b. Over 90 days old: | 3,002 | – | 0 | = →→ | $ | 3,002 |
| | face amount | | doubtful or uncollectible accounts | | | |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| | |
|---|---|
| $   25,511.00 | |

---

## Part 4:   Investments

**13. Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1._____   _____   $_____

14.2._____   _____   $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:              % of ownership:

15.1._____ _____%   _____   $_____

15.2._____ _____%   _____   $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____   _____   $_____

16.2._____   _____   $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| | |
|---|---|
| $_____ | |

---

**Name: Total Operating, LLC**                                    **Case #: 16-70245-7**

**Part 3 Number 11a - Accounts Receivable Less Than 90 Days' Old Addendum**

Accounts were outstanding on the Petition Date for which no invoices were completed.  The total dollar amount of un-invoiced accounts receivable is unknown, but believed to be in excess of $75,000.00. Customers with incomplete invoices include Targa Resources, Nortex Midstream Partners, SemGas (Sherman Plant), and JP Energy.

| Debtor | Total Operating, LLC | Case number (if known) | 16-70245-7 |
|---|---|---|---|
| | Name | | |

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19. **Raw materials**

_____ MM / DD / YYYY  $_____  _____  $_____

20. **Work in progress**

_____ MM / DD / YYYY  $_____  _____  $_____

21. **Finished goods, including goods held for resale**

_____ MM / DD / YYYY  $_____  _____  $_____

22. **Other inventory or supplies**

_____ MM / DD / YYYY  $_____  _____  $_____

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.  $_____

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

28. **Crops—either planted or harvested**

_____  $_____  _____  $_____

29. **Farm animals** Examples: Livestock, poultry, farm-raised fish

_____  $_____  _____  $_____

30. **Farm machinery and equipment** (Other than titled motor vehicles)

_____  $_____  _____  $_____

31. **Farm and fishing supplies, chemicals, and feed**

_____  $_____  _____  $_____

32. **Other farming and fishing-related property not already listed in Part 6**

_____  $_____  _____  $_____

Debtor    Total Operating, LLC
       <u>Name</u>

Case number (if known) 16-70245-7

---

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

     ☐ No

     ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| Chairs and tables | $ 1,517 | Straight line, 5-7 yrs. | $ 1,517 |
| **40. Office fixtures** | | | |
| | $ | | $ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Computers, Computer Accessories, Printers and Software | $ 22,754.11 | Straight line, 3-7 yrs. | $ 22,754.11 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | $ | | $ |
| 42.2 | $ | | $ |
| 42.3 | $ | | $ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 24,271.11

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☒ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

Debtor    Total Operating, LLC
_____
     Name

Case number (if known)___16-70245-7_____

---

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1   Addendum | $ | | $   1,008,500.00 |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |
| **49. Aircraft and accessories** | | | |
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | $ | | $ |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$ 1,008,500.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☒ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☒ Yes

**Name: Total Operating, LLC**                                              Case#:  16-70245-7

**Form 206, Part 8, Number 47**

| | Automobile, vans, trucks, motorcycles, trailers, and titled farm vehicles | Net Book Value | Valuation Method | Current value of Debtors Interest |
|---|---|---|---|---|
| 47.1 | 2011, Kubota, RTV500, A5KA1CGATBG027798 | | Appraisal | $    4,000.00 |
| 47.2 | 2011, Kubota, RTV500, A5KA1CGAKBG027884 | | Appraisal | $    4,000.00 |
| 47.3 | 2012, Chevy, Malibu LT, 1G1ZC5EU9CF112913 | | Appraisal | $    7,500.00 |
| 47.4 | 2012, Chevy, 2500, 3GCPKSE7XCG126974 | | Appraisal | $   16,000.00 |
| 47.5 | 2007, Ford, F550, 1FDAW56P67EA36756 | | Appraisal | $    7,500.00 |
| 47.6 | 2013, Ford, F350, 1FD8W3HT8DEB03723 | | Appraisal | $   27,000.00 |
| 47.7 | 2013, Ford, F350, 1FD8W3HT8DEA42106 | | Appraisal | $   25,000.00 |
| 47.8 | 2013, Ford, F350, 1FD8W3HT7CEB07941 | | Appraisal | $   23,500.00 |
| 47.9 | 2013, Ford, F350, 1FD8W3HT7CEB32709 | | Appraisal | $   24,000.00 |
| 47.1 | 2013, Ford, F350, 1FD8W3HT3CEB07936 | | Appraisal | $   24,000.00 |
| 47.11 | 2013, Chevy, 3500HD, 1GB4CZC84DF233529 | | Appraisal | $   24,000.00 |
| 47.12 | 1999, Freightliner, D112064ST, 1FUY3MDB5XDF37572 | | Appraisal | $    8,500.00 |
| 47.13 | 1999, Freightliner, D112064ST, 1FUY3MDB4XLB16755 | | Appraisal | $    8,500.00 |
| 47.14 | 1989, Peterbuilt, 379 Dump Truck, 1XP5DB9X6KD272052 | | Appraisal | $   18,000.00 |
| 47.15 | 2008, Dodge, 2500, 3D7KR26D38G142411 | | Appraisal | $   11,000.00 |
| 47.16 | 2004, Gradall, G943A, 0160003341 | | Appraisal | $   21,000.00 |
| 47.17 | 2002, Gradall, 543D945, 0744145 | | Appraisal | $   12,000.00 |
| 47.18 | Hyster, S240E, 4000LB Forklift | | Appraisal | $    2,500.00 |
| 47.19 | 2013, Mahindra, 4035, C40P1480 | | Appraisal | $   15,000.00 |
| 47.2 | 2012, New Holland T5050, ZCJH17117 | | Appraisal | $   23,000.00 |
| 47.21 | 2012, New Holland T5060, ZCJH24184 | | Appraisal | $   45,000.00 |
| 47.22 | 2011, New Holland, 55 Workmaster, 7196098 | | Appraisal | $   16,000.00 |
| 47.23 | 2007, Case, 450, N7M445793 | | Appraisal | $   12,000.00 |
| 47.24 | 2007, Case, 580M, N7C423337 | | Appraisal | $   26,000.00 |
| 47.25 | 2004, John Deere, 310G, T0310GX938983 | | Appraisal | $   20,000.00 |
| 47.26 | 2003, John Deere, 310G, T0310Gx921733 | | Appraisal | $   19,000.00 |
| 47.27 | 2000, John Deere 310E, T0310EX883762 | | Appraisal | $   14,000.00 |
| 47.28 | 2007, Case, 650K, 1T0650KXCCE223783 | | Appraisal | $   32,500.00 |
| 47.29 | 1976, Caterpillar, D3, 79U03705 | | Appraisal | $    4,500.00 |
| 47.3 | 2007, Case CX130, DAC132008 | | Appraisal | $   40,000.00 |
| 47.31 | 2005, Case CX130, DAC131788 | | Appraisal | $   35,000.00 |
| 47.32 | 2012, John Deere, 35D, 1FF035DXKCG269443 | | Appraisal | $   25,000.00 |
| 47.33 | 2006, John Deere, 35D, FF035DX235294 | | Appraisal | $   17,000.00 |
| 47.34 | 2005, JLG, 400S, 0300083695 | | Appraisal | $   11,000.00 |
| 47.35 | 2011, Kaeser, M100, 1036 | | Appraisal | $    8,500.00 |
| 47.36 | 2008, Kaeser, M100, 801019 | | Appraisal | $    6,000.00 |
| 47.37 | 2010, Kaeser, M57, 1653 | | Appraisal | $    5,500.00 |
| 47.38 | 2012, Warren, WCW204MH, C120105486 | | Appraisal | $    7,000.00 |
| 47.39 | 2012, Warren, WCW204MH, C120205624 | | Appraisal | $    6,500.00 |
| 47.4 | 2012, Warren, WCW204MH, C120305701 | | Appraisal | $    6,000.00 |
| 47.41 | 2011, Warren, WCW204MH, C110604824 | | Appraisal | $    5,000.00 |
| 47.42 | 2005, Magnum, MLT3060MMH, 056112 | | Appraisal | $    2,500.00 |
| 47.43 | 2004, Ingersoll-Rand, Light Tower, 345440UD0789 | | Appraisal | $    2,500.00 |
| 47.44 | 2009, Bragg, 1,000 Gallon Water Tank, 17XFF182X91094091 | | Appraisal | $    4,000.00 |
| 47.45 | 2014, BestBilt, 525LB Water Tank, 5YHBU122XEM405886 | | Appraisal | $    3,000.00 |
| 47.46 | 2012, Bragg, 525LB Water Tank, EC16BP12 | | Appraisal | $    3,000.00 |

| | | | | |
|---|---|---|---|---|
| 47.47 | 2011, Innovative, 500 Gallon Water Tank, PLTA10 | Appraisal | $ | 4,500.00 |
| 47.48 | 2015, Kaufman, R40, 5SHAD5130FB000239 | Appraisal | $ | 22,000.00 |
| 47.49 | 2011, Kaufman, R30, 5SHFR4325BB000303 | Appraisal | $ | 20,000.00 |
| 47.5 | 2011, Kaufman, R25, 15XFR40277L003374 | Appraisal | $ | 10,000.00 |
| 47.51 | 1992, Transcraft, Flatbed, 1TTF48207N1036977 | Appraisal | $ | 3,000.00 |
| 47.52 | 2008, Ditch Witch, FX30, CMWFX30XT80000413 | Appraisal | $ | 15,000.00 |
| 47.53 | 2014, Vactron LP533DT, 141088 | Appraisal | $ | 18,000.00 |
| 47.54 | 2014, Vactron LP533DT, 141099 | Appraisal | $ | 18,000.00 |
| 47.55 | 2013, Vactron LP533DT, 131160 | Appraisal | $ | 17,500.00 |
| 47.56 | 2013 Vactron, LP555DT, 131127 | Appraisal | $ | 17,500.00 |
| 47.57 | 2012, Load Max Trailer, 4ZEGH3021C1026885 | Appraisal | $ | 6,000.00 |
| 47.58 | 2013, Southwest Gooseneck, 1S9EG3226DS683096 | Appraisal | $ | 6,500.00 |
| 47.59 | 2013, Southwest Gooseneck, 1S9EG3221DS683135 | Appraisal | $ | 6,500.00 |
| 47.6 | 2012, Texas Bragg, 17XFP2221C1021971 | Appraisal | $ | 2,000.00 |
| 47.61 | 2013, PJ Trailers, Gooseneck, 4P5P82029D1191041 | Appraisal | $ | 4,000.00 |
| 47.62 | 2013, PJ Trailers, Gooseneck, 4P5P82024D1191061 | Appraisal | $ | 4,500.00 |
| 47.63 | 2014, BestBilt, Utility Trailer, 5YHBU2027EM806449 | Appraisal | $ | 2,500.00 |
| 47.64 | 2014, BestBilt, Utility Trailer, 5YHBU2025EM205779 | Appraisal | $ | 2,500.00 |
| 47.65 | 2013, PJ Trailers, Utility Trailer, 4P5P82025D1192493 | Appraisal | $ | 2,000.00 |
| 47.66 | 2012, Southwest Gooseneck, 1S9UB2026CS683251 | Appraisal | $ | 2,000.00 |
| 47.67 | 2014, BestBilt, Utility Trailer, 5YHBU2026EM405974 | Appraisal | $ | 2,500.00 |
| 47.68 | 2013, Road Clipper, Utility Trailer, 46UFU2220D1146091 | Appraisal | $ | 2,500.00 |
| 47.69 | 2013, Parker HP202, Utility Trailer, 13ZHP202D1000107 | Appraisal | $ | 2,500.00 |
| 47.7 | 2007, Load Trail, Utility Trailer, 4ZECF202371036628 | Appraisal | $ | 1,000.00 |
| 47.71 | 2013, Road Clipper, Utility Trailer, 46UFU1427D1150825 | Appraisal | $ | 1,500.00 |
| 47.72 | 2014, BestBilt, Utility Trailer, 5YHBU1228EM405952 | Appraisal | $ | 1,700.00 |
| 47.73 | 2014, BestBilt, Utility Trailer, 5YHBU1222EM405994 | Appraisal | $ | 1,700.00 |
| 47.74 | 2014, BestBilt, Utility Trailer, 5YHBU122XEM405953 | Appraisal | $ | 1,700.00 |
| 47.75 | 1999, CustomBuilt, Utility Trailer, no S/N | Appraisal | $ | 600.00 |
| 47.76 | 1999, CustomBuilt, Utility Trailer, no S/N | Appraisal | $ | 2,000.00 |
| 47.77 | 2008, BestBilt, Utility Trailer, 1N9SA12178C007538 | Appraisal | $ | 1,000.00 |
| 47.78 | 2007, Ameritrail, Utility Trailer, 17YBP12187BO37841 | Appraisal | $ | 1,000.00 |
| 47.79 | 2012, Texas Bragg, Utility Trailer, 17XFZ1010C1023533 | Appraisal | $ | 1,000.00 |
| 47.8 | 2014, BestBilt, Sand Blast Trailer, 5YHBU202XEM806363 | Appraisal | $ | 10,000.00 |
| 47.81 | 2006, Haulmark, Dump Trailer, 16HPB12276K008985 | Appraisal | $ | 2,500.00 |
| 47.82 | 2014, WW Enclosed Trailer, 11WEC1424EW311421 | Appraisal | $ | 4,500.00 |
| 47.83 | 2008, WW Enclosed Trailer, 11WEC14208W300565 | Appraisal | $ | 3,500.00 |
| 47.84 | 2014 Circle D, Poly Spool Trailer, 4C9BS1611EW382112 | Appraisal | $ | 2,500.00 |
| 47.85 | 2014, Palmer, Poly Spool Trailer, 1J9BS1618EW401004 | Appraisal | $ | 2,500.00 |
| 47.86 | 2014, Palmer, Poly Spool Trailer, 1J9BS1615EW401061 | Appraisal | $ | 2,500.00 |
| 47.87 | 2014, Palmer, Poly Spool Trailer, 1J9BP4021EW401041 | Appraisal | $ | 3,500.00 |
| 47.88 | 2013, Palmer, Pipe Trailer, 1J9BP4021DW401030 | Appraisal | $ | 3,000.00 |
| 47.89 | 2013, Palmer, Pipe Trailer, 1J9BP3225DW401068 | Appraisal | $ | 3,000.00 |
| 47.9 | 1984, Belshe, Pipe Trailer, PP013180LOL3K2600 | Appraisal | $ | 1,000.00 |
| 47.91 | 2012, Texas Bragg, Cooling Trailer, 17XFT1620C1025512 | Appraisal | $ | 3,500.00 |
| 47.92 | 2011, Texas Bragg, Cooling Trailer, 17XFP162XB1013628 | Appraisal | $ | 3,000.00 |
| 47.93 | 2010, Texas Bragg, Cooling Trailer, 17XFT1627A1003892 | Appraisal | $ | 2,500.00 |
| 47.94 | 2013, Remu EX140 Padding Bucket, 14181 | Appraisal | $ | 9,500.00 |
| 47.95 | Brush Monster 60In. Mower | Appraisal | $ | 1,500.00 |
| 47.96 | Premier, 12 in Auger | Appraisal | $ | 1,300.00 |
| 47.97 | 2004, Ford F250, Parts Truck, 1FTNF20PX4EA67257 | Appraisal | $ | 1,000.00 |
| 47.98 | 1982, International, Parts Dump Truck, 1HTAA1759CHA23362 | Appraisal | $ | 1,000.00 |
| 47.99 | 2013, Dixie Chopper, 60in Mower, 14CL2760GNGWP0169 | Appraisal | $ | 5,000.00 |
| 47.1 | 2012, Dixie Chopper, 50in Mower, 2125 | Appraisal | $ | 3,500.00 |
| 47.101 | 8FT. Disk, 18in frt blade 7in spacing | Appraisal | $ | 1,000.00 |

| | | | |
|---|---|---|---:|
| 47.102 | Shoule, WD6 6ft. Rock rake, 37007 | Appraisal | $ 2,500.00 |
| 47.103 | 2013, Modern, 15ft. Batwing Rotary Mower, 87125 | Appraisal | $ 6,500.00 |
| 47.104 | 2013, Modern, 15ft. Batwing Rotary Mower, 84537 | Appraisal | $ 6,500.00 |
| 47.105 | 2013, Modern 6ft. Rotary Mower, 85585 | Appraisal | $ 3,000.00 |
| 47.106 | 2012, Modern 6ft. Rotary Mower, 85587 | Appraisal | $ 3,000.00 |
| 47.107 | 2012, Modern 7ft. Rotary Mower, 56505 | Appraisal | $ 2,500.00 |
| 47.108 | Brush Hog, PHD2101, 8in Auger, 1213253 | Appraisal | $ 1,500.00 |
| 47.109 | Crary Bear Cat 3 Hydrolic Chipper, 600720 | Appraisal | $ 2,500.00 |
| 47.11 | 2011, Ford F250 Crew Cab, 1FT7W2BT4BED02266 | Comp Appraisal | $ 22,000.00 |
| | | | **$ 1,008,500.00** |

Debtor    Total Operating, LLC                 Case number (if known)   16-70245-7
          Name

---

## Part 9:   Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1   Office Trailer, 4916 US-287, Bowie, TX 76230 | Owned | $ | Cost | $   19,292.00 |
| 55.2   Storage Building, 4916 US-287, Bowie, TX 76230 | Owned | $ | | $   N/A |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.     | $   19,292.00 |

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

## Part 10:   Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| **61. Internet domain names and websites** | $ | | $ |
| **62. Licenses, franchises, and royalties** | $ | | $ |
| **63. Customer lists, mailing lists, or other compilations** | $ | | $ |
| **64. Other intangibles, or intellectual property** | $ | | $ |
| **65. Goodwill** | $ | | $ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.     | $ |

---

| Debtor | Total Operating, LLC | Case number (if known) | 16-70245-7 |
|---|---|---|---|
| | Name | | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
- ☐ No
- ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☐ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
- ☐ No. Go to Part 12.
- ☒ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)

Employee Loans - Juan Cuellar and Diego Villegas    $3,616.68 — $0 = ➔   $ $3,616.68
    Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| | | |
|---|---|---|
| | Tax year _____ | $_____ |
| | Tax year _____ | $_____ |
| | Tax year _____ | $_____ |

73. **Interests in insurance policies or annuities**
Insurance Insurance Refund, still being determined    $ N/A

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
CAUSE NO. 067-284317-16    $ 1,000,000
Nature of claim    Civil Dispute
Amount requested    $ 1,000,000

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
CAUSE NO. 067-284317-16    $ 1,000,000
Nature of claim    Counter Claim, Civil Dispute
Amount requested    $ 1,000,000

76. **Trusts, equitable or future interests in property**
    $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
    $_____
    $_____

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.    $ 2,003,616.68

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ☒ No
- ☐ Yes

**Name: Total Operating, LLC**                                          **Case #: 16-70245-7**

**Part 11 Number 74 – Causes of Action Against Third Parties Addendum**

**Cause No. 067-284317-16 – Claims against Harold Allen:**

1) **Breach of Contract/Theft Liability Act/Breach of Fiduciary Responsibility:**   Unapproved insurance benefits above employment agreement. Damages: Excess of $17,000.00
2) **Breach of Contract/Theft Liability Act/Breach of Fiduciary Responsibility:** Unapproved vendor contract.  Damages:  Unknown
3) **Theft Liability Act/Breach of Contract/Breach of Fiduciary Responsibility:**  Unapproved use of employee to work for personal benefit.  Damages:  Excess of 53,000.00.
4) **Breach of Contract/Theft Liability Act/Breach of Fiduciary Responsibility:**  Personal Deer Lease. Damages:  Excess of $7,200.00
5) **Breach of Contract/Breach of Fiduciary Responsibility/Theft Liability Act:**  Unverified expense reimbursements.  Damages:  Excess of $80,000
6) **Breach of Contract/Breach of Fiduciary Responsibility:**  Unapproved long term lease obligations in excess of $1,000,000. Damages:  Unknown.
7) **Breach of Fiduciary Responsibility:**  Nepotism.  Damages:  Unknown.
8) **Breach of Fiduciary Responsibility:**    Acted in own self-interest.  Did not act in good faith and with due regard, fairness, and honesty.  Damages:  Unknown.

**Cause No. 067-284317-16 – Claims against Jason Allen:**

1) **Breach of Contract/Theft Liability Act:**   Unapproved salary increase.  Damages: Excess of $24,400.00
2) **Breach of Contract/Theft Liability Act:**  Unapproved insurance benefits above employment agreement.  Damages:  Excess of $40,000.00
3) **Breach of Contract/Theft Liability Act/Breach of Fiduciary Responsibility:** Unapproved vendor contract. Damages:  Unknown
4) **Breach of Contract/Breach of Fiduciary Responsibility/Theft Liability Act:**  Unverified expense reimbursements.  Damages:  Excess of $80,000
5) **Breach of Contract/Breach of Fiduciary Responsibility:**  Unapproved long term lease obligations in excess of $1,000,000.  Damages:  Unknown.
6) **Breach of Contract/Breach of Fiduciary Responsibility/Theft Liability Act:**  Conflict of interest; unapproved personal use of Company assets and resources.  Damages:  Excess of $20,000.

**Other Claims Not Currently Included in a Pending Lawsuit:**

Harold Allen, Jason Allen and David Brickey (former insider) are owners of Operating Capital, LLC.

1) **Breach of Fiduciary Responsibility/Theft Liability Act:**  Misappropriation/unapproved use of Company resources for benefit of Operating Capital, LLC.   Potential Parties: Harold Allen and Jason Allen. Damages:  Excess of $50,000.

2) **Breach of Fiduciary Responsibility/Theft Liability Act:** Misappropriation/unapproved use of Company resources for personal benefit. Potential Parties: Harold Allen and Jason Allen. Damages: Unknown.

3) **Breach of Fiduciary Responsibility:** Wrongful eviction, misappropriation of Company assets and accounts, violations of employee privacy. Potential Parties: Operating Capital, LLC Jason Allen and David Brickey. Damages: Unknown

4) **Breach of Fiduciary Responsibility /Theft Liability Act:** Unapproved/undisclosed personal benefit from factoring agreement arrangements which injured Company. Potential Parties: Operating Capital, LLC, Jason Allen and Harold Allen. Damages: Excess of $50,000.

Debtor   Total Operating, LLC      Case number *(if known)*   16-70245-7
    Name

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 66,309.13 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 25,333.12 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 25,511 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 24,271.11 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 1,008,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* | → | $ 19,292.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 2,003,618.68 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...... 91a. | $ 3,153,543.04 | 91b. $ |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............ $ 3,153,543.04

**Fill in this information to identify the case:**

Debtor name    Total Operating, LLC

United States Bankruptcy Court for the:   Northern    District of   TX
                                                         (State)

Case number (if known):   16-70245-7

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

**Part 1:**   **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|

**2.1**   **Creditor's name**

Capital One, National Association

**Describe debtor's property that is subject to a lien**

All assets of the Company, excluding Factored Receivables   $ 212,816.04    $ 1,153,543.04

**Creditor's mailing address**

1680 Capital One Drive

McLean, VA 22102

**Describe the lien**

Senior asset backed

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**   Feb 8, 2013

**Last 4 digits of account number**   1168

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Senior Secured: Capital One, National Association
Junior Liens: Gail Holmes Allen, Jane Brooks, Nylund Family Partnership, Reticulum Management, LLC, Robert Morey, Russell Watters

**2.2**   **Creditor's name**

Capital One, National Association

**Describe debtor's property that is subject to a lien**

All assets of the Company, excluding Factored Receivables   $ 90,249.90    $ 1,153,543.04

**Creditor's mailing address**
1680 Capital One Drive

McLean, VA 22102

**Describe the lien**

Senior asset backed

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**   Feb 8, 2013

**Last 4 digits of account number**   1137

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☒ Yes. The relative priority of creditors is specified on lines   2.1

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 2,272,529.84

| Debtor | Total Operating, LLC | Case number *(if known)* | 16-70245-7 |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.3** Creditor's name

Gail Holmes Allen

Creditor's mailing address

4500 Williams Rd
Ft. Worth, TX 76116

Creditor's email address, if known

Date debt was incurred     7/26/2013
Last 4 digits of account number     ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____

    ☒ Yes. The relative priority of creditors is specified on lines _2.1_

Describe debtor's property that is subject to a lien

Blanket Lien, excluding Factored Receivables

Junior to Capital One      $ 280,082.22      $ 1,153,543.04

Describe the lien
Junior Secured lien

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.4** Creditor's name

Jane Brooks

Creditor's mailing address

13 Doremus Ln
Montague, NJ 07827

Creditor's email address, if known

Date debt was incurred     7/2/2013
Last 4 digits of account number     ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____

    ☒ Yes. The relative priority of creditors is specified on lines _2.1_

Describe debtor's property that is subject to a lien

Blanket Lien, excluding Factored Receivables

Junior to Capital One      $ 560,164.39      $ 1,153,543.04

Describe the lien
Junior secured lien

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor    Total Operating, LLC
     _____
     Name

Case number *(if known)*   16-70245-7

| **Part 1:** | **Additional Page** | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.5**   **Creditor's name**

   Nylund Family Partners, LTD

**Creditor's mailing address**

   11345 W. Ricks Circle

   Dallas, TX 75230

**Creditor's email address, if known**

**Date debt was incurred**   1/31/2013

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____
     _____
     _____

   ☒ Yes. The relative priority of creditors is specified on lines _2.1_

**Describe debtor's property that is subject to a lien**

   Blanket Lien, excluding Factored Receivables

   Junior to Capital One

$ 345,123.30      $ 1,153,543.04

**Describe the lien**

   Junior Secured Lien

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.6**   **Creditor's name**

   Reticulum Management, LLC

**Creditor's mailing address**

   7291 Williamson Rd

   Dallas, TX 75214

**Creditor's email address, if known**

**Date debt was incurred**   7/27/2015

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____
     _____
     _____

   ☒ Yes. The relative priority of creditors is specified on lines _2.1_

**Describe debtor's property that is subject to a lien**

   Blanket Lien, excluding Factored Receivables

   Junior to Capital One

$ 553,991.80      $ 1,153,543.04

**Describe the lien**

   Second Secured Lien

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| Debtor | Total Operating, LLC | Case number (if known) | 16-70245-7 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.7** **Creditor's name**

Russell F. Watters

**Creditor's mailing address**

461 Brellinger

Columbia, IL 62236

**Creditor's email address, if known**

**Date debt was incurred**   2/11/2013

**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

      _____
      _____
      _____

   ☒ Yes. The relative priority of creditors is specified on lines _2.1_

**Describe debtor's property that is subject to a lien**

Blanket Lien, excluding Factored Receivables

Junior to Capital One

$ 230,082.19     $ 1,153,543.04

**Describe the lien**

Second Secured Lien

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2._** **Creditor's name**

_____

**Creditor's mailing address**

_____
_____

**Creditor's email address, if known**

_____

**Date debt was incurred**   _____

**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

      _____
      _____
      _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

$_____     $_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☐ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| Debtor | Total Operating, LLC | Case number (if known) | 16-70245-7 |
|--------|----------------------|------------------------|------------|
| | Name | | |

## Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|-------------------------------------------------------------|--------------------------------------------------|
| Bruce J. Ruzinsky, Jackson Walker, LLP<br>1401 McKinney, Ste. 1900, Houston, TX 77010 | Line 2. _1_ | ___ ___ ___ ___ |
| Julie Petit, The Petit Law Firm<br>3710 Rawlins, Suite 1050<br>Dallas, TX 75219 | Line 2. _6_ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

<table>
<tr><td colspan="2"><b>Fill in this information to identify the case:</b></td></tr>
<tr><td>Debtor</td><td>Total Operating, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Northern      District of   TX<br>(State)</td></tr>
<tr><td>Case number<br>(If known)</td><td>16-70245-7</td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
    - ☐ No. Go to Part 2.
    - ☒ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address
    Internal Revenue Service
    Ogden, UT 84201-0039

As of the petition filing date, the claim is:   $ 50,417.22     $ 50,417.22
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
    October 2015 - June 2016

Basis for the claim:
    Late fees and Penalties for Payroll Tax

Last 4 digits of account number    0017

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

---

**2.2**   Priority creditor's name and mailing address
    Montague CAD Kim Haralson / Collector
    PO Box 121
    Montague, TX 76251

As of the petition filing date, the claim is:   $ 15,689.66     $ 15,689.66
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
    10/1/2015 - 6/1/2016

Basis for the claim:
    County Taxes

Last 4 digits of account number

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

---

**2.3**   Priority creditor's name and mailing address
    Montague County Tax Office
    PO Box 8
    Montague, TX 76251

As of the petition filing date, the claim is:   $ 5,625.18     $ 5,625.18
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
    County Taxes

Last 4 digits of account number

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

Debtor    Total Operating, LLC
          _____
          Name

Case number (if known)  16-70245-7
          _____

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** **Nonpriority creditor's name and mailing address**

A-1 Porta Privy

PO Box 1094

Gainesville, TX 76241-1094

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

$ 183.60

Date or dates debt was incurred     2/1/2016 - 3/1/2016

Last 4 digits of account number  ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**

Aflac (Group # F2R72)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Insurance

$ 534.72

Date or dates debt was incurred     6/10/2016

Last 4 digits of account number  ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**

Airgas USA, LLC

PO Box 676015

Dallas, TX 75267-6015

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

$ 2,046.00

Date or dates debt was incurred     4/30/2016 - 5/31/2016

Last 4 digits of account number  ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**

Asco Equipment

PO Box 3888

Lubbock, TX 79452

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

$ 103.91

Date or dates debt was incurred     12/29/2015 - 3/8/2016

Last 4 digits of account number  ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**

AT&T

PO Box 105414

Atlanta, GA 30348-5414

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

$ 189.41

Date or dates debt was incurred     5/25/2016

Last 4 digits of account number  ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**

AT&T Mobility

PO Box 6463

Carol Stream, IL 60197-6463

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

$ 334.73

Date or dates debt was incurred     6/1/2016

Last 4 digits of account number  ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page ___ of ___

Debtor    Total Operating, LLC             Case number *(if known)*   16-70245-7
        Name

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                            Amount of claim

**3.7**   **Nonpriority creditor's name and mailing address**

Barco Rent A Truck

717 South 5600 W

Salt Lake City, UT 84104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Vendor

$ 6,332.53

Date or dates debt was incurred   3/31/2016 - 6/8/2016
Last 4 digits of account number   ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.8**   **Nonpriority creditor's name and mailing address**

Barton's Welding Supply

PO Box 1188

Brownsfield, TX 79316

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

$ 23.50

Date or dates debt was incurred   5/31/2016
Last 4 digits of account number   ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.9**   **Nonpriority creditor's name and mailing address**

BK Electric, LLC

1459 Ford Rd.

Bowie, TX 76230

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

$ 4,043.49

Date or dates debt was incurred   9/22/2015
Last 4 digits of account number   ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.10**   **Nonpriority creditor's name and mailing address**

Blue Cross Blue Shield of Texas

PO Box 731428

Dallas, TX 75373-1428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

$ 19,318.02

Date or dates debt was incurred   4/15/2016 - 5/18/2016
Last 4 digits of account number   ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.11**   **Nonpriority creditor's name and mailing address**

Bridgeport Tank Trucks

PO Box 6

Bridgeport, TX 76426

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

$ 1,676.20

Date or dates debt was incurred   8/21/2015 - 11/13/2015
Last 4 digits of account number   ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | |
|---|---|
| Debtor **Total Operating, LLC**<br>Name | Case number (if known) 16-70245-7 |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.12** Nonpriority creditor's name and mailing address

Castle Trenching, LLC

PO Box 203

Roanoke, TX 76262

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Vendor

Date or dates debt was incurred   11/10/2015

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 14,925.00

**3.13** Nonpriority creditor's name and mailing address

Caterpillar Financial Services Corp.

PO Box 730681

Dallas, TX 75373-0681

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Equipment Leases

Date or dates debt was incurred   1/11/2016 - 6/10/2016

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 41,357.65

**3.14** Nonpriority creditor's name and mailing address

CCA Partners, LLC

100 Crescent Court, Ste. 700

Dallas, TX 75201

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Monitoring Fee

Date or dates debt was incurred   2/13/2013 - 7/31/2016

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 436,926.73

**3.15** Nonpriority creditor's name and mailing address

CNH Industrial Capital America

Lockbox 330 PO Box 7247

Philadelphia, PA 19170-0330

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Equipment Leases

Date or dates debt was incurred   3/18/2016 - 6/10/2016

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 84,334.87

**3.16** Nonpriority creditor's name and mailing address

CNH Industrial Capital - Revolving Account

PO Box 688912

Des Moines, IA 50368-8912

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor

Date or dates debt was incurred   5/19/15 - 6/16/16

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 49,084.52

| Debtor | Total Operating, LLC | Case number (if known) | 16-70245-7 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.17** Nonpriority creditor's name and mailing address

Comdata

PO Box 845738

Dallas, TX 75284-5738

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Vendor

$ 4,392.14

Date or dates debt was incurred    12/6/15 - 6/26/2016

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**3.18** Nonpriority creditor's name and mailing address

Cullen Environmental

PO Box 1562

Weatherford, TX 76086

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor

$ 7,200.00

Date or dates debt was incurred    8/8/2015 - 8/30/2015

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**3.19** Nonpriority creditor's name and mailing address

David Brickey

217 Kleinhans Rd

Bowie, TX 76230

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: Holdback payable at TXN, diputed as not all liabilities were disclosed.

$ 55,493.28

Date or dates debt was incurred    2/13/2013

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**3.20** Nonpriority creditor's name and mailing address

Dearborn National

36788 Eagle Way

Chicago, IL 60678-1367

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor

$ 4,081.45

Date or dates debt was incurred    4/26/2016 - 5/10/2016

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**3.21** Nonpriority creditor's name and mailing address

Decatur Tire Store

1201 N. HWY 81/287

Decatur, TX 76234

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor

$ 2,260.34

Date or dates debt was incurred    10/31/2015 - 1/31/2016

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Debtor  Total Operating, LLC
        _____
        Name

Case number (if known)  16-70245-7
                        _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.22** Nonpriority creditor's name and mailing address

Disa, Inc. Dept. 890314

PO Box 120314

Dallas, TX 75312-0314

Date or dates debt was incurred    5/15/2016 - 6/15/2016

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$  630.50

**3.23** Nonpriority creditor's name and mailing address

Eagle NDT, LLC

PO Box 6290

Abilene, TX 79608-6290

Date or dates debt was incurred    9/1/2015

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$  2,654.76

**3.24** Nonpriority creditor's name and mailing address

Eagle Pipeline Construction Inc.

PO Box 732474

Dallas, TX 75373-2474

Date or dates debt was incurred    8/19/2015 - 11/30/2015

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$  7,936.20

**3.25** Nonpriority creditor's name and mailing address

Employee Benefits Corp.

PO Box 44347

Madison, WI 53744-4347

Date or dates debt was incurred    6/15/2016

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Benefits

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$  102.00

**3.26** Nonpriority creditor's name and mailing address

Energy Service Company of Bowie

PO Box 1300

Bowie, TX 76230

Date or dates debt was incurred    4/1/2016 - 4/6/2016

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$  6,300.00

| Debtor | Total Operating, LLC | Case number (if known) 16-70245-7 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ 441,200.08 |
|---|---|---|---|

Gajeske, Inc

PO Box 650823

Dallas, TX 75265

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Vendor

Date or dates debt was incurred  6/24/2015 - 6/9/2016

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ 463.42 |
|---|---|---|---|

GE Capital

PO Box 740441

Atlanta, GA 30374-0441

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor

Date or dates debt was incurred  5/1/2016 - 5/22/2016

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ 1,829.43 |
|---|---|---|---|

Got to go Solutions, Inc

PO Box 490

Chico, TX 76431

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor

Date or dates debt was incurred  12/4/2015 - 12/31/2015

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ 116,606.51 |
|---|---|---|---|

Harold Allen

PO Box 186

Alvord, TX 76225

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: Holdback payable at TXN, diputed as not all liabilities were disclosed.

Date or dates debt was incurred  2/13/2013

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ 1,507.14 |
|---|---|---|---|

H&E Equipment Services, Inc.

PO Box 849850

Dallas, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor

Date or dates debt was incurred  12/14/2015 - 3/17/2016

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

Debtor   Total Operating, LLC                                    Case number (if known)  16-70245-7
         _____
         Name

| Part 2: | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 174,376.20 |

HL Chapman Pipeline Construction

PO Box 846241

Dallas, TX 75284-6241

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Vendor

Date or dates debt was incurred    4/30/2015 - 5/29/2015
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 3,620.00 |

Hawkeye Underground Inc.

PO Box 25415

Dallas, TX 75225

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Vendor

Date or dates debt was incurred    1/6/2016
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 364,467.05 |

Holt Cat

PO Box 650345

Dallas, TX 75265-0345

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Vendor

Date or dates debt was incurred    4/23/2015 - 7/8/2016
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 18,224.68 |

Honstein Oil and Distributing

3701 No. Sylvania

Ft. Worth, TX 76137

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Vendor

Date or dates debt was incurred    11/5/2015 - 1/13/2016
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 605.44 |

Hudson Imaging Systems

1007 5th and Austin

Wichita Falls, TX 76301

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Vendor

Date or dates debt was incurred    3/29/2016 - 5/31/2016
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Debtor     Total Operating, LLC
               Name

Case number *(if known)*   16-70245-7

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

           **Amount of claim**

---

**3.37**   **Nonpriority creditor's name and mailing address**

IPFS Corporation

2777 Allen Parway, Ste. 1130
Houston, TX 77019

**Date or dates debt was incurred**   5/16/2016 - 6/29/2016

**Last 4 digits of account number**   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:**   Insurance Finance Company

**Is the claim subject to offset?**
☒ No
☐ Yes

$   50,140.22

---

**3.38**   **Nonpriority creditor's name and mailing address**

Jason Allen

PO Box 186

Alvord, TX 76225

**Date or dates debt was incurred**   2/13/2013

**Last 4 digits of account number**   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**   Holdback payable at TXN, diputed as not all liabilities were disclosed.

**Is the claim subject to offset?**
☒ No
☐ Yes

$   53,818.39

---

**3.39**   **Nonpriority creditor's name and mailing address**

Jesse P. Taylor Oil Co.

PO Box 471254

Ft. Worth, TX 76147

**Date or dates debt was incurred**   5/12/2015 - 6/1/2015

**Last 4 digits of account number**   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Vendor

**Is the claim subject to offset?**
☒ No
☐ Yes

$   7,933.49

---

**3.40**   **Nonpriority creditor's name and mailing address**

JML Management Inc.

748 State Highway 7W

Center, TX 75935

**Date or dates debt was incurred**   11/24/2014 - 12/4/2014

**Last 4 digits of account number**   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Vendor

**Is the claim subject to offset?**
☒ No
☐ Yes

$   14,500.00

---

**3.41**   **Nonpriority creditor's name and mailing address**

John Deere Financial

PO Box 650215

Dallas, TX 75265-0215

**Date or dates debt was incurred**   10/29/2015 - 5/31/2016

**Last 4 digits of account number**   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Equipment Leases

**Is the claim subject to offset?**
☒ No
☐ Yes

$   150,334.32

---

Debtor    Total Operating, LLC                  Case number (if known) 16-70245-7
_____
Name

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                              Amount of claim

**3.42**   Nonpriority creditor's name and mailing address

Joe McElreath Company Inc.
_____

PO Box 1094
_____

Gainesville, TX 76241-1094
_____

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

$   149,373.29

Basis for the claim: Vendor, turned in invoices over a year after work was done, job closed.

Date or dates debt was incurred    4/10/2014 - 12/31/2015

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.43**   Nonpriority creditor's name and mailing address

Link Field Services, Inc.
_____

PO Box 516
_____

Olney, TX 76374
_____

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$   5,375.50

Basis for the claim:   Vendor

Date or dates debt was incurred    12/10/2015 - 2/19/2016

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.44**   Nonpriority creditor's name and mailing address

Mack Financial Services
_____

PO Box 7247-0236
_____

Philadelphia, PA 19170-0236
_____

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$   18,654.71

Basis for the claim:   Equipment Leases

Date or dates debt was incurred    2/3/2016 - 4/17/2016

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.45**   Nonpriority creditor's name and mailing address

Martin Marietta Materials, Inc.
_____

PO Box 677061
_____

Dallas, TX 75267-7081
_____

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$   1,748.24

Basis for the claim:   Vendor

Date or dates debt was incurred    3/21/2016 - 3/31/2016

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.46**   Nonpriority creditor's name and mailing address

Megapath
_____

PO Box 120324
_____

Dallas, TX 75312-0324
_____

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$   1,588.19

Basis for the claim:   Vendor

Date or dates debt was incurred    5/18/2016

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor    Total Operating, LLC
_____
          Name

Case number (if known)  16-70245-7
_____

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.47** Nonpriority creditor's name and mailing address

Modular Space Corporation

12603 Collections Center Drive

Chicago, IL 60693-0126

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:   Vendor

$ 9,265.08

Date or dates debt was incurred    11/4/2015 - 6/4/2016

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**3.48** Nonpriority creditor's name and mailing address

Montgomery Coscia Greilich, LLP

2500 Dallas Parkway, Ste. 300

Plano, TX 75093

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Taxes

$ 6,677.64

Date or dates debt was incurred    9/22/2015 - 5/5/2016

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**3.49** Nonpriority creditor's name and mailing address

MRC Global

PO Box 204392

Dallas, TX 75320-4392

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Vendor

$ 1,637.64

Date or dates debt was incurred    9/30/2015 - 12/8/2015

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**3.50** Nonpriority creditor's name and mailing address

MWH Group

PO Box 97000

Dallas, TX 76307-7000

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Taxes

$ 421.36

Date or dates debt was incurred    9/30/2015 - 12/8/2015

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**3.51** Nonpriority creditor's name and mailing address

North Texas Tollway Authority

PO Box 660244

Dallas, TX 75266-0244

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Tolls

$ 14.55

Date or dates debt was incurred    5/24/2016 - 5/27/2016

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Debtor __Total Operating, LLC_____ Case number (if known) __16-70245-7__
           Name

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 39.23 |
|---|---|---|---|
| | Pettit Machinery, Inc. | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | 3610 North 1st Street | ☐ Disputed | |
| | Durant, OK 74701 | ☐ Liquidated and neither contingent nor disputed | |
| | | **Basis for the claim:** Vendor | |
| | **Date or dates debt was incurred**   2/16/16 | **Is the claim subject to offset?** ☒ No ☐ Yes | |
| | **Last 4 digits of account number** ___ ___ ___ ___ | | |

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 274.83 |
|---|---|---|---|
| | Praxair | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | PO Box 120889 | ☐ Disputed | |
| | Dallas, TX 75312-0889 | | |
| | | **Basis for the claim:** Vendor | |
| | **Date or dates debt was incurred**   1/25/2016 - 5/31/2016 | **Is the claim subject to offset?** ☒ No ☐ Yes | |
| | **Last 4 digits of account number** ___ ___ ___ ___ | | |

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,455.30 |
|---|---|---|---|
| | QP Energy Services | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | 125 Keller Rd. Ste. C5 | ☐ Disputed | |
| | Smithville, TX 78957 | | |
| | | **Basis for the claim:** Vendor | |
| | **Date or dates debt was incurred**   4/9/2016 | **Is the claim subject to offset?** ☒ No ☐ Yes | |
| | **Last 4 digits of account number** ___ ___ ___ ___ | | |

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 37.42 |
|---|---|---|---|
| | Ram Products, LTD. | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | PO Box 821159 | ☐ Disputed | |
| | Ft. Worth, TX 76182-1159 | | |
| | | **Basis for the claim:** Vendor | |
| | **Date or dates debt was incurred**   6/14/2016 | **Is the claim subject to offset?** ☒ No ☐ Yes | |
| | **Last 4 digits of account number** ___ ___ ___ ___ | | |

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 6,856.71 |
|---|---|---|---|
| | RDO Equipment | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | PO Box 7160 | ☐ Disputed | |
| | Fargo, ND 58106-7160 | | |
| | | **Basis for the claim:** Vendor | |
| | **Date or dates debt was incurred**   10/29/2015 - 6/30/2016 | **Is the claim subject to offset?** ☒ No ☐ Yes | |
| | **Last 4 digits of account number** ___ ___ ___ ___ | | |

Debtor  __Total Operating, LLC_____  Case number (if known)__16-70245-7__
             Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.57** | **Nonpriority creditor's name and mailing address**

Reliant Energy

PO Box 650475

Dallas, TX 75265-0475

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$  159.89

**Basis for the claim:**  Vendor

Date or dates debt was incurred      6/10/2016

Last 4 digits of account number      ___  ___  ___  ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address**

Safety-Kleen Systems

PO Box 650509

Dallas, TX 75265-0509

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$  545.00

**Basis for the claim:**  Vendor

Date or dates debt was incurred      3/23/2016 - 3/25/2016

Last 4 digits of account number      ___  ___  ___  ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.59** | **Nonpriority creditor's name and mailing address**

Sniper Elite Oilfield Serivces, LLC

PO Box 417

Montague, TX 76251

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$  1,482.00

**Basis for the claim:**  Vendor

Date or dates debt was incurred      12/31/2015

Last 4 digits of account number      ___  ___  ___  ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address**

Southland Safety

PO Box 1435

Henderson, TX 75653

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$  2,000.00

**Basis for the claim:**  Vendor

Date or dates debt was incurred      5/25/2015

Last 4 digits of account number      ___  ___  ___  ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.61** | **Nonpriority creditor's name and mailing address**

Superior Vision Services, Inc.

PO Box 201839

Dallas, TX 75320-1839

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$  1,157.70

**Basis for the claim:**  Vendor

Date or dates debt was incurred      5/16/2016 - 5/20/2016

Last 4 digits of account number      ___  ___  ___  ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor  **Total Operating, LLC**
_____
Name

Case number *(if known)* 16-70245-7
_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.62** | Nonpriority creditor's name and mailing address

Utility Training Academy Inc.
_____

PO Box 1524
_____

Cushing, OK 74023

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Vendor

$ 2,244.60

Date or dates debt was incurred   8/17/2015

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address

United Fire Group
_____

PO Box 3244
_____

Cedar Rapids, IA 52406-3244

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Vendor

$ 20.00

Date or dates debt was incurred   4/18/2015

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address

Wells Fargo Vendor Finance Service
_____

PO Box 105710
_____

Atlanta, GA 30348-5710

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Vendor

$ 231.71

Date or dates debt was incurred   6/1/2016

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address

West Texas Boring, LLC
_____

1201 O.I.D.C. Drive
_____

Odessa, TX 79766

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Vendor

$ 710,182.00

Date or dates debt was incurred   3/9/2015 - 5/27/2015

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address

Western Supplies, Inc.
_____

PO Box 551
_____

Wichita Falls, TX 76307

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Vendor

$ 10,165.52

Date or dates debt was incurred   10/31/2015 - 6/10/2016

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| Debtor | Total Operating, LLC | Case number (if known) | 16-70245-7 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.67** Nonpriority creditor's name and mailing address

Wise-6 Enterprises LTD

5222 South FM51

Decatur, TX 76234

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Vendor

Date or dates debt was incurred  7/30/2015

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$  1,458.52

**3.68** Nonpriority creditor's name and mailing address

Wise Fire and Safety, LLC

PO Box 259

Alvord, TX 76225

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  Vendor, related party, unknown is actual services were provided

Date or dates debt was incurred  7/31/2015 - 6/5/2016

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$  5,642.72

**3.69** Nonpriority creditor's name and mailing address

Zack Burkett Co.

PO Box 40

Graham, TX 76450

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Date or dates debt was incurred  7/31/2015 - 8/31/2015

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$  16,797.48

**3.___** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$  _____

**3.___** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$  _____

Debtor __Total Operating, LLC_____    Case number (if known) __16-70245-7__
       Name

| Part 3: | List Others to Be Notified About Unsecured Claims |

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies,
    assignees of claims listed above, and attorneys for unsecured creditors.

    If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Matthew Snow<br>107 Hillside Dr. Ste. 202<br>Lewisville, TX 75057 | Line _3.27_<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 41. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |

Debtor    Total Operating, LLC
Name

Case number (if known)   16-70245-7

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ | 71,732.06 |
| 5b. **Total claims from Part 2** | 5b.   **+** | $ | 3,112,033.81 |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ | 3,183,765.87 |

**Fill in this information to identify the case:**

Debtor name ___Total Operating, LLC___

United States Bankruptcy Court for the: ___Northern___ District of ___TX___
(State)

Case number (if known): ___16-70245-7___ Chapter _____

☐ Check if this is an amended filing

## Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases
12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Lease - Case 580SN<br>JJGN58SNCEC705057 | CNH Industrial Capital America<br>Lockbox 330 PO Box 7247<br>Philadelphia, PA 19170-0330 |
| | State the term remaining | Ends 7/3/2017 | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Lease - Case 865B<br>HBZN0865LCAF01644 | CNH Industrial Capital America<br>Lockbox 330 PO Box 7247<br>Philadelphia, PA 19170-0330 |
| | State the term remaining | Ends 9/8/2017 | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Lease - Case 621F<br>NEF221576 | CHN Industrial Capital America<br>Lockbox 330 PO Box 7247<br>Philadelphia, PA 19170-0330 |
| | State the term remaining | Ends 6/27/2017 | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Lease - Case TV380 CTL<br>JAFTV380VCM450901 | CHN Industrial Capital America<br>Lockbox 330 PO Box 7247<br>Philadelphia, PA 19170-0330 |
| | State the term remaining | 6/27/2017 | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Lease - Case CX210C<br>DAC210K6NDS6H1423 | CHN Industrial Capital America<br>Lockbox 330 PO Box 7247<br>Philadelphia, PA 19170-0330 |
| | State the term remaining | Ends 8/22/2017 | |
| | List the contract number of any government contract | | |

Debtor    Total Operating, LLC             Case number (*if known*)   16-70245-7
           Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases       State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

---

**2.6**

State what the contract or lease is for and the nature of the debtor's interest: Lease - Case CX210C / DAC210K6NES6H1505

State the term remaining: Ends 9/24/2017

List the contract number of any government contract:

CNH Industrial Capital America
Lockbox 330 PO Box 7247
Philadelphia, PA 19170-0330

---

**2.7**

State what the contract or lease is for and the nature of the debtor's interest: Lease - Case 850M / NDDC83066

State the term remaining: Ends 6/20/2017

List the contract number of any government contract:

CNH Industrial Capital America
Lockbox 330 PO Box 7247
Philadelphia, PA 19170-0330

---

**2.8**

State what the contract or lease is for and the nature of the debtor's interest: Lease - Case CX160C / DAC160K6NCSAF1161

State the term remaining: Ends 10/24/2016

List the contract number of any government contract:

CNH Industrial Capital America
Lockbox 330 PO Box 7247
Philadelphia, PA 19170-0330

---

**2.9**

State what the contract or lease is for and the nature of the debtor's interest: Lease - Case CX210C / DAC210K6NDS6H1404

State the term remaining: Ends 6/13/2017

List the contract number of any government contract:

CNH Industrial Capital America
Lockbox 330 PO Box 7247
Philadelphia, PA 19170-0330

---

**2.10**

State what the contract or lease is for and the nature of the debtor's interest: Lease - Caterpillar D6K2 / CAT00D6KCWMR00689

State the term remaining: Ends 11/26/2017

List the contract number of any government contract:

CAT Financial Commercial Account
PO Box 978595
Dallas, TX 75397-8595

---

**2.11**

State what the contract or lease is for and the nature of the debtor's interest: Lease - Caterpillar 320EL / CAT0320ETWBK03754

State the term remaining: Ends 1/6/2019

List the contract number of any government contract:

CAT Financial Commercial Account
PO Box 978595
Dallas, TX 75397-8595

---

**2.12**

State what the contract or lease is for and the nature of the debtor's interest: Lease - Caterpillar TL1055C / KDE01581

State the term remaining: Ends 2/6/2019

List the contract number of any government contract:

CAT Financial Commercial Account
PO Box 978595
Dallas, TX 75397-8595

---

<table>
<tr><td colspan="2" style="background:#444;color:#fff">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>_____</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>_____ District of _____<br>(State)</td></tr>
<tr><td>Case number (If known):</td><td>_____</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | | *Column 2:* **Creditor** | |
|---|---|---|---|---|---|
| | **Name** | **Mailing address** | | **Name** | *Check all schedules that apply:* |
| 2.1 | Harold Allen | PO Box 186<br>Street | | Mack Financial Services | ☐ D<br>☐ E/F<br>☒ G |
| | | Alvord | TX | 76225 | |
| | | City | State | ZIP Code | |
| 2.2 | Harold Allen | PO Box 186<br>Street | | CNH Industrial Capital America, LLC | ☐ D<br>☐ E/F<br>☒ G |
| | | Alvord | TX | 76225 | |
| | | City | State | ZIP Code | |
| 2.3 | Harold Allen | PO Box 186<br>Street | | CAT Financial Commercial Account | ☐ D<br>☐ E/F<br>☒ G |
| | | Alvord | TX | 76225 | |
| | | City | State | ZIP Code | |
| 2.4 | Jason Allen | PO Box 186<br>Street | | CAT Financial Commercial Account | ☐ D<br>☐ E/F<br>☒ G |
| | | Alvord | TX | 76225 | |
| | | City | State | ZIP Code | |
| 2.5 | _____ | _____<br>Street | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| | | City | State | ZIP Code | |
| 2.6 | _____ | _____<br>Street | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| | | City | State | ZIP Code | |

Fill in this information to identify the case and this filing:

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____
                                                              (State)

Case number (*if known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors        12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  8/25/2016          ✗ _____
             MM / DD / YYYY          Signature of individual signing on behalf of debtor

                                     Jacob Watters
                                     Printed name

                                     Manager
                                     Position or relationship to debtor