**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION**

| | § | |
|---|---|---|
| IN RE: | § | Chapter 7 |
| | § | |
| TOTAL OPERATING, | § | Case No. 16-70245 |
| | § | |
| Debtor. | § | |
| | § | |

## WITNESS AND EXHIBIT LIST FOR JULY 20, 2018 HEARING

Jacob Watters ("Watters") files this *Witness and Exhibit List for July 20, 2018 Hearing* on the *Trustee's Motion to Approve: (1) Employment of the Pettit Law Firm as Special Litigation Counsel, (2) Litigation Funding Agreement, and (3) Acknowledgment and Informed Consent to Any Conflict of Interest* [Docket No. 176], and designates the following witnesses and exhibits for the hearing to be held before the Honorable Harlin D. Hale, United States Bankruptcy Judge:

## I.
## WITNESSES

1. Any witness designated or called by any other party; and

2. Any rebuttal or impeachment witnesses.

## II.
## EXHIBITS

| Watters – 1 | Settlement Agreement between Trustee and Reticulum [Docket No. 152-1]; |
|---|---|
| Watters – 2 | Any exhibit designated by any other party; and |
| Watters – 3 | Any exhibit for the purpose of rebuttal or impeachment. |

Watters reserves the right to amend or supplement this Witness and Exhibit List.

Respectfully submitted,

*/s/ Andrew G. Edson*_____
Robert P. Franke
State Bar No. 07371200
Annie Jacobs
State Bar No. 24050812
Andrew G. Edson
State Bar No. 24076364
CLARK HILL STRASBURGER
901 Main St., Suite 6000
Dallas, Texas 75202
(214) 651-4300
(214 651-4330 (Fax)

ATTORNEYS FOR JACOB WATTERS

**CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2018, a true and correct copy of the foregoing has been served upon all parties that are registered or otherwise entitled to receive electronic notices via electronic notification pursuant to the ECF procedures in this District.

*/s/ Andrew G. Edson*
Andrew G. Edson