Page No: 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 16-70245 | Trustee Name: | Shawn K. Brown |
|---|---|---|---|
| Case Name: | TOTAL OPERATING, LLC | Date Filed (f) or Converted (c): | 07/30/2016 (f) |
| For the Period Ending: | 09/30/2019 | §341(a) Meeting Date: | 08/30/2016 |
| | | Claims Bar Date: | 12/15/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Bank Funds-FSB Chico | $33,938.20 | $41,880.96 | | $41,880.96 | FA |
| 2 | SemGroup shares-15 (u) | $0.00 | $848.76 | | $372.66 | $476.10 |
| 3 | Triumph Savings Bank escrow and cash reserves | $32,912.84 | $0.00 | | $0.00 | FA |
| Asset Notes: | Factored A/R | | | | | |
| 4 | IPFS Corp-Insurance Finance Company | $24,583.12 | $24,583.12 | | $2,444.48 | FA |
| 5 | Republic Services utility deposit | $750.00 | $750.00 | | $0.00 | FA |
| 6 | Capital One account 2370 (overdrawn) | $0.00 | $0.00 | | $0.00 | FA |
| 7 | Capital One savings account 2389 | $12.03 | $12.03 | | $0.00 | FA |
| 8 | Accounts receivables | $25,511.00 | $50.00 | | $50.00 | FA |
| 9 | Uninvoiced accounts receivables | $75,000.00 | $0.00 | | $0.00 | FA |
| 10 | Office furniture | $1,517.00 | $0.00 | | $833.03 | FA |
| 11 | Office equipment | $22,754.00 | $0.00 | | $271.01 | FA |
| 12 | Vehicles and equipment | $1,008,500.00 | $0.00 | | $452,043.62 | FA |
| 13 | Office trailer | $19,292.00 | $0.00 | | $0.00 | FA |
| 14 | Storage building | $0.00 | $0.00 | | $0.00 | FA |
| 15 | Employee loans Cuellar and Villegas | $3,616.68 | $3,616.68 | | $0.00 | FA |
| 16 | Lawsuit vs. Allens and Brickley | $1,000,000.00 | $100,000.00 | | $0.00 | $100,000.00 |
| 17 | Capital One Credit Card credit balance #4699 (u) | $0.00 | $42.83 | | $42.83 | FA |
| 17 | Capital One Credit Card credit balance #4699 (u) | $0.00 | $42.83 | | $0.00 | FA |
| 18 | Post petition rent for 3 F-250 Trucks (u) | $0.00 | $2,079.00 | | $2,079.00 | FA |
| 19 | ADT Security Refund (u) | $0.00 | $195.98 | | $195.98 | FA |
| 20 | Insurance refund-Travelers (u) | $0.00 | $16,740.00 | | $16,740.00 | FA |
| Asset Notes: | Letter 3.14.17 | | | | | |
| 21 | Claims against Jacob Waters and Barrett Dean (u) | $0.00 | $55,000.00 | | $0.00 | $55,000.00 |
| Asset Notes: | Value does not include 10% interest in Reticulum claims per compromise Dkt# 134 and #156. If appeal by defendants is successful, claims will continue to be pursued by Friedman & Fieger LLC,, Special litigation counsel per order Dkt# 225. | | | | | |
| 22 | Caterpillar credit refund (u) | $0.00 | $14.78 | | $14.78 | FA |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | |
|---|---|
| **Case No.:** 16-70245 | **Trustee Name:** Shawn K. Brown |
| **Case Name:** TOTAL OPERATING, LLC | **Date Filed (f) or Converted (c):** 07/30/2016 (f) |
| **For the Period Ending:** 09/30/2019 | **§341(a) Meeting Date:** 08/30/2016 |
| | **Claims Bar Date:** 12/15/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Asset** |
| | $2,248,386.87 | $245,856.97 | | $516,968.35 | $155,476.10 |

**Major Activities affecting case closing:**

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

| Case No.: | 16-70245 | | | Trustee Name: | Shawn K. Brown |
|---|---|---|---|---|---|
| Case Name: | TOTAL OPERATING, LLC | | | Date Filed (f) or Converted (c): | 07/30/2016 (f) |
| For the Period Ending: | 09/30/2019 | | | §341(a) Meeting Date: | 08/30/2016 |
| | | | | Claims Bar Date: | 12/15/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

10/23/2019   ASSETS ARE VEHICLES, EQUIPMENT, A/R, CASH, CHAPTER 5 ACTIONS AND LITIGATION CLAIMS

UPDATE 10.13.16-AUCTION SALE APPROVED AND PROCEEDING 10.13.16.

UPDATE 5.17.17-AUCTION CONCLUDED. LITIGATION PENDING. POTENTIAL CHAPTER 5 ACTIONS BEING ANALYZED.

UPDATE 10.24.17-LITIGATION PENDING. CHAPTER 5 ACTIONS BEING REVIEWED BY CPA.

UPDATE 4.11.18-HEARING ON SALE OF CAUSES OF ACTION SCHEDULED FOR APRIL 19, 2018.

UPDATE 10.16.18-SALE OF CLAIMS ORDER IS ON APPEAL.  SPECIAL COUNSEL HAS BEEN ENGAGED TO PURSUE LITIGATION PENDING OUTCOME OF APPEAL.

UPDATE 4.24.19 – ORDER ON SALE OF CLAIMS TO RETICULUM WAS UPHELD ON APPEAL.  TRUSTEE HAD INITIATED AN ADVERSARY CASE AGAINST RETICULUM PENDING THE OUTCOME OF THE APPEAL, AND THAT CASE SHALL REMAIN PENDING UNTIL A RESOLUTION IS REACHED ON RETICULUM'S COMPLIANCE WITH THE SALE OF CLAIMS ORDER.  THE TRUSTEE'S LAWSUIT AGAINST INSIDERS JACOB WATTERS AND BARRETT DEAN HAS BEEN STAYED DUE TO THE CHAPTER 7 BANKRUPTCY FILING OF ONE OF THE DEFENDANTS, IN RE WILLIAM BERRY DEAN, III, BANKR. N.D. TEX. 19-31232.

UPDATE 10.23.19-LITIGATION WITH RETICULUM MANAGEMENT RESOLVED.  CLAIMS OBJECTIONS IN PROCESS. TAX COMPLIANCE IN PROCESS.


MAJOR ACTIVITIES:

SECURE PROPERTY-DONE
SECURE DOCUMENTS AND DATA-DONE

CLAIMS BAR DATE SET: 9.16.16
CLAIMS REVIEW DATE: 7.30.18
CLAIMS OBJECTIONS FILED DATE: 7.30.18
FINAL ALLOWANCE DATE:

| | | | **SUBTOTALS** | $0.00 | $0.00 |

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

| Case No.: | 16-70245 | | | Trustee Name: | Shawn K. Brown |
| Case Name: | TOTAL OPERATING, LLC | | | Date Filed (f) or Converted (c): | 07/30/2016 (f) |
| For the Period Ending: | 09/30/2019 | | | §341(a) Meeting Date: | 08/30/2016 |
| | | | | Claims Bar Date: | 12/15/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

EMPLOY CPA: DONE
TAX RETURN 505 LETTER SENT DATE: 2016 and 2017 sent 7.31.18
PROMPT DETERMINATION RECEIVED DATE:

PREFERENCE/FRAUDULENT TRANSFER REVIEW

TFR PREPARED AND SENT TO UST DATE:
TFR APPROVED AND FILED DATE:
FEE APPLICATIONS FILED DATE:
TFR FINAL AND CHECKS MAILED DATE:
ZERO BALANCE DATE:
TDR SENT TO UST DATE:
TDR FILED DATE:

**Initial Projected Date Of Final Report (TFR):**   12/31/2020          **Current Projected Date Of Final Report (TFR):**          /s/ SHAWN K. BROWN

SHAWN K. BROWN

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1

| Case No. | 16-70245 | Trustee Name: | Shawn K. Brown |
|---|---|---|---|
| Case Name: | TOTAL OPERATING, LLC | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***0017 | Checking Acct #: | ******0245 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/01/2018 | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 09/30/2019 | Separate bond (if applicable): | $410,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/18/2016 | (8) | MELISSA COWLEY | A/R | 1121-000 | $50.00 | | $50.00 |
| 08/18/2016 | (17) | CAPITAL ONE BANK | Credit balance card #4699 | 1221-000 | $42.83 | | $92.83 |
| 08/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.06 | $92.77 |
| 09/02/2016 | (1) | FIRST STATE BANK CHICO | Bank funds turnover | 1129-000 | $41,880.96 | | $41,973.73 |
| 09/13/2016 | (2) | SEMGROUP | STOCK DIVIDEND | 1223-000 | $6.75 | | $41,980.48 |
| 09/13/2016 | (18) | WH OPERATING LLC | RENT FOR 3 F-250 TRUCK LEASES | 1229-000 | $2,079.00 | | $44,059.48 |
| 09/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $56.47 | $44,003.01 |
| 09/30/2016 | 2001 | Clerk, US Bankruptcy Court | Certified copy | 2700-000 | | $11.50 | $43,991.51 |
| 10/05/2016 | (2) | SemGroup | Stock account | 1223-000 | $42.06 | | $44,033.57 |
| 10/10/2016 | (2) | SEMGROUP | STOCK DIVIDEND | 1223-000 | $323.85 | | $44,357.42 |
| 10/26/2016 | (19) | ADT SECURITY SERVICES | Refund | 1290-000 | $195.98 | | $44,553.40 |
| 10/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $71.39 | $44,482.01 |
| 11/07/2016 | | ROSEN SYSTEMS INC. | AUCTION SALE PROCEEDS | * | $451,197.66 | | $495,679.67 |
| | {10} | | $833.03 | 1129-000 | | | $495,679.67 |
| | {11} | | $271.01 | 1129-000 | | | $495,679.67 |
| | {12} | | $450,093.62 | 1129-000 | | | $495,679.67 |
| 11/14/2016 | 2002 | Operating Capital LLC | Administrative rent per order | 2410-000 | | $8,000.00 | $487,679.67 |
| 11/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $608.55 | $487,071.12 |
| 12/21/2016 | 2003 | Rosen Systems, Inc. | Auctioneer expenses-Order DE# 68 | 3620-000 | | $24,472.12 | $462,599.00 |
| 12/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $780.52 | $461,818.48 |
| 01/26/2017 | 2004 | George Adams and Co Ins. Agency LLC | Separate bond payment | 2300-000 | | $693.00 | $461,125.48 |
| 01/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $744.88 | $460,380.60 |
| 02/28/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $670.70 | $459,709.90 |
| 03/29/2017 | 2005 | Capital One, National Association | Order DE# 79 | 4210-000 | | $65,253.06 | $394,456.84 |
| 03/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $738.09 | $393,718.75 |

**SUBTOTALS** $495,819.09 $102,100.34

**FORM 2**

**Page No:** 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-70245 | | | Trustee Name: | Shawn K. Brown |
|---|---|---|---|---|---|
| Case Name: | TOTAL OPERATING, LLC | | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***0017 | | | Checking Acct #: | ******0245 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 10/01/2018 | | | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 09/30/2019 | | | Separate bond (if applicable): | $410,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/11/2017 | (20) | TRAVELERS PROPERTY CASUALTY | Premium refund | 1229-000 | $16,740.00 | | $410,458.75 |
| 04/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $630.24 | $409,828.51 |
| 05/18/2017 | (12) | Rosen Systems, Inc. | Sale proceeds trailer | 1129-000 | $1,950.00 | | $411,778.51 |
| 05/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $609.75 | $411,168.76 |
| 06/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $591.10 | $410,577.66 |
| 07/13/2017 | 2006 | Rosen Systems, Inc. | Expenses Order DE# 115 | 3620-000 | | $377.54 | $410,200.12 |
| 07/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $609.67 | $409,590.45 |
| 08/07/2017 | (4) | IPFS CORPORATION | Unearned premium refund-DEPOSIT RETURNED-NOT AUTHORIZED-PREVIOUSLY PAID BY TRAVELERS. | 1121-000 | $3,119.48 | | $412,709.93 |
| 08/21/2017 | (4) | DEP REVERSE: IPFS CORPORATION | Unearned premium refund-DEPOSIT RETURNED-NOT AUTHORIZED-PREVIOUSLY PAID BY TRAVELERS. | 1121-000 | ($3,119.48) | | $409,590.45 |
| 08/28/2017 | (4) | IPFS CORPORATION | REFUND | 1121-000 | $2,444.48 | | $412,034.93 |
| 08/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $608.99 | $411,425.94 |
| 09/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $591.47 | $410,834.47 |
| 10/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $610.31 | $410,224.16 |
| 11/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $589.74 | $409,634.42 |
| 12/13/2017 | 2007 | George Adams and Co Ins. Agency LLC | Separate bond payment-Invoice 2822 1/25/18-1/25/19 | 2300-000 | | $693.00 | $408,941.42 |
| 12/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $608.09 | $408,333.33 |
| 01/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $606.59 | $407,726.74 |
| 02/28/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $547.07 | $407,179.67 |
| 03/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $604.88 | $406,574.79 |
| 04/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $584.49 | $405,990.30 |
| 05/01/2018 | (22) | CATERPILLAR | Credit balance refund | 1290-000 | $14.78 | | $406,005.08 |
| 05/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $603.13 | $405,401.95 |
| | | | **SUBTOTALS** | | **$21,149.26** | **$9,466.06** | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3

| Case No. | 16-70245 | Trustee Name: | Shawn K. Brown |
|---|---|---|---|
| Case Name: | TOTAL OPERATING, LLC | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***0017 | Checking Acct #: | ******0245 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/01/2018 | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 09/30/2019 | Separate bond (if applicable): | $410,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $582.82 | $404,819.13 |
| 07/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $601.38 | $404,217.75 |
| 08/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $96.86 | $404,120.89 |
| 08/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($96.86) | $404,217.75 |
| 08/31/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $7,073.81 | $397,143.94 |
| 09/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($7,073.81) | $404,217.75 |
| 09/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $600.79 | $403,616.96 |
| 01/04/2019 | 2008 | George Adams and Co Ins. Agency LLC | Bond renewal-reduced $410,000 | 2300-000 | | $615.00 | $403,001.96 |
| | | | **TOTALS:** | | $516,968.35 | $113,966.39 | $403,001.96 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $516,968.35 | $113,966.39 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $516,968.35 | $113,966.39 | |

**For the period of 10/01/2018 to 09/30/2019**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $615.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $615.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 08/18/2016 to 9/30/2019**

| | |
|---|---|
| Total Compensable Receipts: | $516,968.35 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $516,968.35 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $113,966.39 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $113,966.39 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 4

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 16-70245 | | **Trustee Name:** | Shawn K. Brown |
| **Case Name:** | TOTAL OPERATING, LLC | | **Bank Name:** | Independent Bank |
| **Primary Taxpayer ID #:** | **-***0017 | | **Checking Acct #:** | ******0245 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | |
| **For Period Beginning:** | 10/01/2018 | | **Blanket bond (per case limit):** | $300,000.00 |
| **For Period Ending:** | 09/30/2019 | | **Separate bond (if applicable):** | $410,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

**TOTAL - ALL ACCOUNTS**

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $516,968.35 | $113,966.39 | $403,001.96 |

| For the period of 10/01/2018 to 09/30/2019 | | For the entire history of the account between 08/18/2016 to 9/30/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $516,968.35 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $516,968.35 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $615.00 | Total Compensable Disbursements: | $113,966.39 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $615.00 | Total Comp/Non Comp Disbursements: | $113,966.39 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ SHAWN K. BROWN

SHAWN K. BROWN