**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 16-70245-HDH7 |
| | § | |
| TOTAL OPERATING, LLC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Shawn K. Brown, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $1,131,583.55 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $208,476.08 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $308,492.27 | | |

3) Total gross receipts of $516,968.35 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $516,968.35 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $2,665,634.72 | $3,420,716.20 | $76,735.91 | $76,735.91 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $420,292.18 | $308,492.27 | $308,492.27 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $66,106.88 | $269,160.12 | $64,162.33 | $64,162.33 |
| General Unsecured Claims (from **Exhibit 7**) | $4,132,888.54 | $3,555,272.91 | $3,066,044.06 | $67,577.84 |
| **Total Disbursements** | $6,864,630.14 | $7,665,441.41 | $3,515,434.57 | $516,968.35 |

4). This case was originally filed under chapter 7 on 07/30/2016. The case was pending for 55 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>02/03/2021</u>    By:    <u>/s/ Shawn K. Brown</u>
                                      Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Accounts receivables | 1121-000 | $50.00 |
| IPFS Corp-Insurance Finance Company | 1121-000 | $2,444.48 |
| Bank Funds-FSB Chico | 1129-000 | $41,880.96 |
| Office equipment | 1129-000 | $271.01 |
| Office furniture | 1129-000 | $833.03 |
| Vehicles and equipment | 1129-000 | $452,043.62 |
| Capital One Credit Card credit balance #4699 | 1221-000 | $42.83 |
| SemGroup shares-15 | 1223-000 | $372.66 |
| Insurance refund-Travelers | 1229-000 | $16,740.00 |
| Post petition rent for 3 F-250 Trucks | 1229-000 | $2,079.00 |
| ADT Security Refund | 1290-000 | $195.98 |
| Caterpillar credit refund | 1290-000 | $14.78 |
| **TOTAL GROSS RECEIPTS** | | $516,968.35 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Bowe ISD | 4700-000 | $0.00 | $3,457.00 | $0.00 | $0.00 |
| 4 | Bowie ISD | 4700-000 | $0.00 | $7,692.73 | $0.00 | $0.00 |
| 14 | Bowie ISD | 4800-000 | $0.00 | $4,657.12 | $4,657.12 | $4,657.12 |
| 15 | Montague County | 4800-000 | $5,625.18 | $6,902.15 | $0.00 | $0.00 |
| 15A | Montague County | 4800-000 | $0.00 | $401.17 | $401.17 | $401.17 |
| 30 | CNH Industrial Capital America LLC | 4210-000 | $0.00 | $161,448.91 | $0.00 | $0.00 |
| 30a | CNH Industrial Capital America LLC | 4210-000 | $0.00 | $14,950.20 | $0.00 | $0.00 |
| 31 | CNH Industrial Capital America LLC | 4210-000 | $0.00 | $84,051.06 | $0.00 | $0.00 |
| 31a | CNH Industrial Capital America LLC | 4210-000 | $0.00 | $84,051.06 | $0.00 | $0.00 |
| 32 | CNH Industrial | 4210-000 | $0.00 | $141,388.58 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| | Capital America LLC | | | | | |
| 32a | CNH Industrial Capital America LLC | 4210-000 | $0.00 | $13,974.96 | $0.00 | $0.00 |
| 33 | CNH Industrial Capital America LLC | 4210-000 | $0.00 | $112,786.67 | $0.00 | $0.00 |
| 33a | CNH Industrial Capital America LLC | 4210-000 | $0.00 | $9,551.84 | $0.00 | $0.00 |
| 34 | CNH Industrial Capital America LLC | 4210-000 | $0.00 | $144,478.15 | $0.00 | $0.00 |
| 34a | CNH Industrial Capital America LLC | 4210-000 | $0.00 | $13,989.28 | $0.00 | $0.00 |
| 35 | CNH Industrial Capital America LLC | 4210-000 | $84,334.87 | $53,588.64 | $0.00 | $0.00 |
| 35a | CNH Industrial Capital America LLC | 4210-000 | $0.00 | $6,408.64 | $0.00 | $0.00 |
| 36 | CNH Industrial Capital America LLC | 4210-000 | $84,334.87 | $85,111.08 | $0.00 | $0.00 |
| 36a | CNH Industrial Capital America LLC | 4210-000 | $0.00 | $6,108.21 | $0.00 | $0.00 |
| 37 | CNH Industrial Capital America LLC | 4210-000 | $84,334.87 | $148,661.28 | $0.00 | $0.00 |
| 37a | CNH Industrial Capital America LLC | 4210-000 | $0.00 | $13,975.16 | $0.00 | $0.00 |
| 38 | CNH Industrial Capital America LLC | 4210-000 | $84,334.87 | $181,557.34 | $0.00 | $0.00 |
| 38a | CNH Industrial Capital America LLC | 4210-000 | $0.00 | $18,346.76 | $0.00 | $0.00 |
| 39 | Russell F. Watters Lifetime Trust | 4210-000 | $0.00 | $200,000.00 | $0.00 | $0.00 |
| 41 | Reticulum Management, LLC | 4210-000 | $0.00 | $665,688.81 | $0.00 | $0.00 |
| 41A | Reticulum Management, LLC | 4210-000 | $553,991.80 | $662,112.17 | $6,424.56 | $6,424.56 |
| 44 | IPFS Corporation | 4210-000 | $50,140.22 | $65,347.22 | $0.00 | $0.00 |
| 50 | Capital One, | 4210-000 | $212,816.04 | $391,774.18 | $65,253.06 | $65,253.06 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | National Association | | | | | |
| 54 | TBK Bank, SSB d/b/a Triumph Commercial Finance | 4210-000 | $0.00 | $118,255.83 | $0.00 | $0.00 |
| | Capital One, National Association | 4110-000 | $90,249.90 | $0.00 | $0.00 | $0.00 |
| | Gail Holmes Allen | 4110-000 | $280,082.22 | $0.00 | $0.00 | $0.00 |
| | Jane Brooks | 4110-000 | $560,184.39 | $0.00 | $0.00 | $0.00 |
| | Nylund Family Partners, LTD | 4110-000 | $345,123.30 | $0.00 | $0.00 | $0.00 |
| | Russell F. Watters | 4110-000 | $230,082.19 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $2,665,634.72 | $3,420,716.20 | $76,735.91 | $76,735.91 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Shawn K. Brown, Trustee | 2100-000 | NA | $20,680.00 | $20,680.00 | $20,680.00 |
| Shawn K. Brown, Trustee | 2200-000 | NA | $329.77 | $329.77 | $329.77 |
| George Adams and Co Ins. Agency LLC | 2300-000 | NA | $2,616.00 | $2,616.00 | $2,616.00 |
| Operating Capital LLC | 2410-000 | NA | $8,000.00 | $8,000.00 | $8,000.00 |
| Independent Bank | 2600-000 | NA | $600.79 | $600.79 | $600.79 |
| Integrity Bank | 2600-000 | NA | $13,250.38 | $13,250.38 | $13,250.38 |
| Clerk, US Bankruptcy Court | 2700-000 | NA | $11.50 | $11.50 | $11.50 |
| Rochelle McCullough LLP, Attorney for Trustee | 3210-000 | NA | $252,274.50 | $163,974.59 | $163,974.59 |
| Rochelle McCullough LLP, Attorney for Trustee | 3220-000 | NA | $14,379.41 | $14,379.41 | $14,379.41 |
| Litzler Segner Shaw & McKenney LLP, Accountant for Trustee | 3410-000 | NA | $82,945.00 | $59,445.00 | $59,445.00 |
| Litzler Segner Shaw & McKenney LLP, Accountant for Trustee | 3420-000 | NA | $355.17 | $355.17 | $355.17 |
| Rosen Systems, Inc. , Auctioneer for | 3620-000 | NA | $24,849.66 | $24,849.66 | $24,849.66 |

| Trustee | | | | | | |
|---|---|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | NA | $420,292.18 | $308,492.27 | $308,492.27 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Laura Hayek-Anderson | 5300-000 | $0.00 | $2,153.60 | $2,153.60 | $1,558.13 |
| 8 | Gary Cox | 5300-000 | $0.00 | $3,900.00 | $3,900.00 | $2,821.65 |
| 9 | Marty Henson | 5300-000 | $0.00 | $2,700.00 | $2,700.00 | $1,953.45 |
| 11 | James Vicari | 5300-000 | $0.00 | $4,420.00 | $4,420.00 | $3,197.87 |
| 16 | TEXAS WORKFORCE COMMISSION | 5800-000 | $0.00 | $6,351.02 | $0.00 | $0.00 |
| 16A | Texas Workforce Commission | 5800-000 | $0.00 | $502.48 | $502.48 | $502.48 |
| 61 | Comptroller of Public Accounts | 5800-000 | $0.00 | $10,465.84 | $10,465.84 | $10,465.84 |
| 63 | Internal Revenue Service | 5800-000 | $0.00 | $186,638.30 | $0.00 | $0.00 |
| 63a | Internal Revenue Service | 5800-000 | $50,417.22 | $50,811.64 | $38,803.17 | $38,803.17 |
| | INTERNAL REVENUE SERVICE Federal Withholding (Employee) | 5300-000 | $0.00 | $0.00 | $0.00 | $2,634.72 |
| | INTERNAL REVENUE SERVICE Medicare (Employee) | 5300-000 | $0.00 | $0.00 | $0.00 | $191.02 |
| | INTERNAL REVENUE SERVICE Social Security (Employee) | 5300-000 | $0.00 | $0.00 | $0.00 | $816.76 |
| | INTERNAL REVENUE SERVICE Federal Unemployment (Employer) | 5800-000 | $0.00 | $79.04 | $79.04 | $79.04 |
| | INTERNAL REVENUE | 5800-000 | $0.00 | $191.02 | $191.02 | $191.02 |

| | | | | | |
|---|---|---|---|---|---|
| SERVICE Medicare (Employer) | | | | | |
| INTERNAL REVENUE SERVICE Social Security (Employer) | 5800-000 | $0.00 | $816.76 | $816.76 | $816.76 |
| Montague CAK Jim Haralson/Collecto r | 5800-000 | $15,689.66 | $0.00 | $0.00 | $0.00 |
| TEXAS WORKFORCE COMMISSION State Unemployment (Employer) | 5800-000 | $0.00 | $130.42 | $130.42 | $130.42 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | $66,106.88 | $269,160.12 | $64,162.33 | $64,162.33 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Holt Texas Ltd. dba Holt CAT | 7100-000 | $364,467.05 | $368,226.09 | $368,226.09 | $8,148.73 |
| 2 | Link Field Services, Inc. | 7100-000 | $0.00 | $5,375.50 | $5,375.50 | $118.95 |
| 5 | Airgas USA, LLC | 7100-000 | $2,046.00 | $3,998.20 | $3,998.20 | $88.48 |
| 7 | DISA Global Solutions, Inc. | 7100-000 | $630.50 | $480.50 | $480.50 | $10.63 |
| 10 | Airgas USA, LLC | 7100-000 | $0.00 | $21,402.68 | $21,402.68 | $473.64 |
| 12 | Comdata Inc. | 7100-000 | $4,392.14 | $11,318.41 | $11,318.41 | $250.47 |
| 13 | H.L. Chapman Pipeline Construction, Inc. | 7100-000 | $174,376.20 | $174,376.20 | $174,376.20 | $3,858.90 |
| 17 | MWH GROUP, PC | 7100-000 | $421.36 | $421.36 | $421.36 | $9.32 |
| 18 | West Texas Boring Co. LLC | 7100-000 | $710,182.00 | $711,682.00 | $711,682.00 | $15,749.33 |
| 19 | H&E Equipment Services, Inc. | 7100-000 | $1,507.14 | $1,479.35 | $1,479.35 | $32.74 |
| 20 | Elkhorn Construction Inc. | 7100-000 | $7,936.20 | $7,936.20 | $7,936.20 | $175.63 |
| 21 | John Deere Financial | 7100-000 | $150,334.32 | $44,763.11 | $44,763.11 | $990.60 |
| 22 | John Deere Financial | 7100-000 | $150,334.32 | $71,215.02 | $71,215.02 | $1,575.97 |
| 23 | Castle Trenching | 7100-000 | $14,925.00 | $14,925.00 | $14,925.00 | $330.29 |
| 24 | VFS Leasing Co. | 7100-000 | $18,654.71 | $10,343.66 | $10,343.66 | $228.90 |

| 25 | VFS Leasing Co. | 7100-000 | $18,654.71 | $32,746.34 | $32,746.34 | $724.67 |
|---|---|---|---|---|---|---|
| 26 | RDO Equipment | 7100-000 | $6,856.71 | $6,921.46 | $6,921.46 | $153.17 |
| 27 | NTTA | 7100-000 | $14.55 | $912.28 | $912.28 | $20.19 |
| 28 | Western Supplies Inc. | 7100-000 | $10,165.52 | $10,568.22 | $10,568.22 | $233.87 |
| 29 | Wells Fargo Vendor Financial Services | 7100-000 | $231.71 | $11,335.32 | $11,335.32 | $250.85 |
| 30A | CNH Industrial Capital America LLC | 7100-000 | $84,334.87 | $70,733.69 | $70,733.69 | $1,565.32 |
| 32A | CNH Industrial Capital America LLC | 7100-000 | $49,084.52 | $63,877.81 | $63,877.81 | $1,413.60 |
| 33A | CNH Industrial Capital America LLC | 7100-000 | $0.00 | $28,853.23 | $28,853.23 | $638.51 |
| 34A | CNH Industrial Capital America LLC | 7100-000 | $0.00 | $45,033.89 | $45,033.89 | $996.59 |
| 35A | CNH Industrial Capital America LLC | 7100-000 | $0.00 | $20,185.69 | $20,185.69 | $446.70 |
| 36A | CNH Industrial Capital America LLC | 7100-000 | $0.00 | $33,501.66 | $33,501.66 | $741.38 |
| 37A | CNH Industrial Capital America LLC | 7100-000 | $0.00 | $55,402.23 | $55,402.23 | $1,226.04 |
| 38A | CNH Industrial Capital America LLC | 7100-000 | $0.00 | $75,702.37 | $75,702.37 | $1,675.27 |
| 40 | JML Management, Inc. | 7100-000 | $14,500.00 | $14,500.00 | $14,500.00 | $320.88 |
| 42 | Southland Safety | 7100-000 | $2,000.00 | $2,000.00 | $2,000.00 | $44.26 |
| 43 | Gajeske, Inc. | 7100-000 | $445,635.14 | $500,979.90 | $500,979.90 | $11,086.55 |
| 45 | Employee Benefits Corporation | 7100-000 | $102.00 | $102.00 | $102.00 | $0.00 |
|  | Clerk, US Bankruptcy Court (Claim No. 45; Employee Benefits Corporation) | 7100-001 | $0.00 | $0.00 | $0.00 | $2.26 |
| 46 | Harold &quot;Tex&quot; Allen, Jr. | 7100-000 | $116,606.51 | $254,106.86 | $0.00 | $0.00 |
| 47 | Jason Allen | 7100-000 | $53,818.39 | $191,318.82 | $0.00 | $0.00 |
| 48 | Operating Capital, LLC | 7100-000 | $0.00 | $5,000.00 | $0.00 | $0.00 |

| 49 | Wise Fire & Safety, LLC. | 7100-000 | $5,642.72 | $5,817.39 | $5,817.39 | $128.74 |
|---|---|---|---|---|---|---|
| 51 | The Travelers Indemnity Company | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 52 | Caterpillar Financial Services Corp. | 7100-000 | $41,357.65 | $411,281.33 | $411,281.33 | $9,101.55 |
| 53 | The Travelers Indemnity Company | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 55 | John Deere Financial | 7100-000 | $150,334.32 | $16,118.82 | $16,118.82 | $356.71 |
| 56 | John Deere Financial | 7100-000 | $150,334.32 | $17,940.87 | $17,940.87 | $397.03 |
| 57 | John Deere Financial | 7100-000 | $150,334.32 | $31,948.37 | $31,948.37 | $707.01 |
| 58 | John Deere Financail | 7100-000 | $150,334.32 | $41,826.94 | $41,826.94 | $925.62 |
| 59 | John Deere Financial | 7100-000 | $150,334.32 | $33,701.19 | $33,701.19 | $745.80 |
| 60 | John Deere Financial | 7100-000 | $150,334.32 | $72,430.69 | $72,430.69 | $1,602.87 |
| 61a | Comptroller of Public Accounts | 7100-000 | $0.00 | $1,070.50 | $1,070.50 | $23.69 |
| 62 | RHJR, Ltd., dba Alvord Building Center | 7200-000 | $0.00 | $322.94 | $322.94 | $0.00 |
| 63b | Internal Revenue Service | 7200-000 | $0.00 | $50,811.64 | $12,008.47 | $0.00 |
| 64 | William B. Dean | 7200-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 65 | Jacob Watters | 7200-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 66 | The Building Centers | 7100-000 | $0.00 | $277.18 | $277.18 | $6.13 |
|  | A-1 Porta Privy | 7100-000 | $183.60 | $0.00 | $0.00 | $0.00 |
|  | Aflac Group | 7100-000 | $534.72 | $0.00 | $0.00 | $0.00 |
|  | Asco Equipment | 7100-000 | $103.91 | $0.00 | $0.00 | $0.00 |
|  | AT&T | 7100-000 | $189.41 | $0.00 | $0.00 | $0.00 |
|  | AT&T Mobility | 7100-000 | $334.73 | $0.00 | $0.00 | $0.00 |
|  | Barco Rent A Truck | 7100-000 | $6,332.53 | $0.00 | $0.00 | $0.00 |
|  | Bartons Welding Supply | 7100-000 | $23.50 | $0.00 | $0.00 | $0.00 |
|  | BK Electric LLC | 7100-000 | $4,043.49 | $0.00 | $0.00 | $0.00 |
|  | Blue Cross Blue Shield of Texas | 7100-000 | $19,318.02 | $0.00 | $0.00 | $0.00 |
|  | Bridgeport Tank Trucks | 7100-000 | $1,676.20 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| CCA Partners, LLC | 7100-000 | $436,926.73 | $0.00 | $0.00 | $0.00 |
| Cullen Environmental | 7100-000 | $7,200.00 | $0.00 | $0.00 | $0.00 |
| David Brickey | 7100-000 | $55,493.28 | $0.00 | $0.00 | $0.00 |
| Dearborn National | 7100-000 | $4,081.45 | $0.00 | $0.00 | $0.00 |
| Decatur Tire Store | 7100-000 | $2,260.34 | $0.00 | $0.00 | $0.00 |
| Eagle NDT LLC | 7100-000 | $2,654.76 | $0.00 | $0.00 | $0.00 |
| Energy Service Company of Bowie | 7100-000 | $6,300.00 | $0.00 | $0.00 | $0.00 |
| GE Capital | 7100-000 | $463.42 | $0.00 | $0.00 | $0.00 |
| Got to Go Solutions, Inc | 7100-000 | $1,829.43 | $0.00 | $0.00 | $0.00 |
| Hawkeye Underground | 7100-000 | $3,620.00 | $0.00 | $0.00 | $0.00 |
| Honstein Oil and Distributing | 7100-000 | $18,224.68 | $0.00 | $0.00 | $0.00 |
| Hudson Imaging Systems | 7100-000 | $605.44 | $0.00 | $0.00 | $0.00 |
| Jesse P Taylor Oil Co | 7100-000 | $7,933.49 | $0.00 | $0.00 | $0.00 |
| Joe McElreath Co Inc | 7100-000 | $149,373.29 | $0.00 | $0.00 | $0.00 |
| Link Field Services Inc | 7100-000 | $5,375.50 | $0.00 | $0.00 | $0.00 |
| Martin Marietta Materials Inc | 7100-000 | $1,748.24 | $0.00 | $0.00 | $0.00 |
| Megapath | 7100-000 | $1,588.19 | $0.00 | $0.00 | $0.00 |
| Modular Space Corp | 7100-000 | $9,265.08 | $0.00 | $0.00 | $0.00 |
| Montgomery Coscia Greilich LLP | 7100-000 | $6,677.64 | $0.00 | $0.00 | $0.00 |
| MRC Capital | 7100-000 | $1,637.64 | $0.00 | $0.00 | $0.00 |
| Pettit Machinery Inc | 7100-000 | $39.23 | $0.00 | $0.00 | $0.00 |
| Praxair | 7100-000 | $274.83 | $0.00 | $0.00 | $0.00 |
| QP Energy Services | 7100-000 | $1,455.30 | $0.00 | $0.00 | $0.00 |
| Ram Products Ltd | 7100-000 | $37.42 | $0.00 | $0.00 | $0.00 |
| Reliant Energy | 7100-000 | $159.89 | $0.00 | $0.00 | $0.00 |
| Safety-Kleen Systems | 7100-000 | $545.00 | $0.00 | $0.00 | $0.00 |
| Sniper Elite Oilfield Services | 7100-000 | $1,482.00 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| | LLC | | | | | |
| | Superior Vision Services Inc | 7100-000 | $1,157.70 | $0.00 | $0.00 | $0.00 |
| | United Fire Group | 7100-000 | $20.00 | $0.00 | $0.00 | $0.00 |
| | Utility Training Academy Inc | 7100-000 | $2,244.60 | $0.00 | $0.00 | $0.00 |
| | Wise-6 Enterprises LTD | 7100-000 | $1,458.52 | $0.00 | $0.00 | $0.00 |
| | Zack Burkett Co | 7100-000 | $16,797.48 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $4,132,888.54 | $3,555,272.91 | $3,066,044.06 | $67,577.84 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

Page No:  1          Exhibit 8

**ASSET CASES**

| | | |
|---|---|---|
| **Case No.:** | 16-70245-HDH167024 | **Trustee Name:** Shawn K. Brown |
| **Case Name:** | TOTAL OPERATING, LLC | **Date Filed (f) or Converted (c):** 07/30/2016 (f) |
| **For the Period Ending:** | 2/3/2021 | **§341(a) Meeting Date:** 08/30/2016 |
| | | **Claims Bar Date:** 12/15/2016 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | Bank Funds-FSB Chico | $33,938.20 | $41,880.96 | | $41,880.96 | FA |
| 2 | SemGroup shares-15 (u) | $0.00 | $848.76 | | $372.66 | FA |
| 3 | Triumph Savings Bank escrow and cash reserves | $32,912.84 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Factored A/R | | | | | |
| 4 | IPFS Corp-Insurance Finance Company | $24,583.12 | $24,583.12 | | $2,444.48 | FA |
| 5 | Republic Services utility deposit | $750.00 | $750.00 | | $0.00 | FA |
| 6 | Capital One account 2370 (overdrawn) | $0.00 | $0.00 | | $0.00 | FA |
| 7 | Capital One savings account 2389 | $12.03 | $12.03 | | $0.00 | FA |
| 8 | Accounts receivables | $25,511.00 | $50.00 | | $50.00 | FA |
| 9 | Uninvoiced accounts receivables | $75,000.00 | $0.00 | | $0.00 | FA |
| 10 | Office furniture | $1,517.00 | $0.00 | | $833.03 | FA |
| 11 | Office equipment | $22,754.00 | $0.00 | | $271.01 | FA |
| 12 | Vehicles and equipment | $1,008,500.00 | $0.00 | | $452,043.62 | FA |
| 13 | Office trailer | $19,292.00 | $0.00 | | $0.00 | FA |
| 14 | Storage building | $0.00 | $0.00 | | $0.00 | FA |
| 15 | Employee loans Cuellar and Villegas | $3,616.68 | $3,616.68 | | $0.00 | FA |
| 16 | Lawsuit vs. Allens and Brickley | $1,000,000.00 | $100,000.00 | | $0.00 | FA |
| 17 | Capital One Credit Card credit balance #4699 (u) | $0.00 | $42.83 | | $42.83 | FA |
| 17 | Capital One Credit Card credit balance #4699 (u) | $0.00 | $42.83 | | $0.00 | FA |
| 18 | Post petition rent for 3 F-250 Trucks (u) | $0.00 | $2,079.00 | | $2,079.00 | FA |
| 19 | ADT Security Refund (u) | $0.00 | $195.98 | | $195.98 | FA |
| 20 | Insurance refund-Travelers (u) | $0.00 | $16,740.00 | | $16,740.00 | FA |
| **Asset Notes:** | Letter 3.14.17 | | | | | |
| 21 | Claims against Jacob Waters and Barrett Dean (u) | $0.00 | $55,000.00 | | $0.00 | FA |
| **Asset Notes:** | Settled and released | | | | | |
| 22 | Caterpillar credit refund (u) | $0.00 | $14.78 | | $14.78 | FA |
| **TOTALS (Excluding unknown value)** | | $2,248,386.87 | $245,856.97 | | $516,968.35 | **Gross Value of Remaining Assets** $0.00 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2          Exhibit 8

| | |
|---|---|
| **Case No.:** 16-70245-HDH167024 | **Trustee Name:** Shawn K. Brown |
| **Case Name:** TOTAL OPERATING, LLC | **Date Filed (f) or Converted (c):** 07/30/2016 (f) |
| **For the Period Ending:** 2/3/2021 | **§341(a) Meeting Date:** 08/30/2016 |
| | **Claims Bar Date:** 12/15/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Major Activities affecting case closing:

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:   3          Exhibit 8

| Case No.: | 16-70245-HDH167024 | | | Trustee Name: | Shawn K. Brown |
| Case Name: | TOTAL OPERATING, LLC | | | Date Filed (f) or Converted (c): | 07/30/2016 (f) |
| For the Period Ending: | 2/3/2021 | | | §341(a) Meeting Date: | 08/30/2016 |
| | | | | Claims Bar Date: | 12/15/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

10/23/2019          ASSETS ARE VEHICLES, EQUIPMENT, A/R, CASH, CHAPTER 5 ACTIONS AND LITIGATION CLAIMS

UPDATE 10.13.16-AUCTION SALE APPROVED AND PROCEEDING 10.13.16.

UPDATE 5.17.17-AUCTION CONCLUDED. LITIGATION PENDING. POTENTIAL CHAPTER 5 ACTIONS BEING ANALYZED.

UPDATE 10.24.17-LITIGATION PENDING. CHAPTER 5 ACTIONS BEING REVIEWED BY CPA.

UPDATE 4.11.18-HEARING ON SALE OF CAUSES OF ACTION SCHEDULED FOR APRIL 19, 2018.

UPDATE 10.16.18-SALE OF CLAIMS ORDER IS ON APPEAL.  SPECIAL COUNSEL HAS BEEN ENGAGED TO PURSUE LITIGATION PENDING OUTCOME OF APPEAL.

UPDATE 4.24.19 – ORDER ON SALE OF CLAIMS TO RETICULUM WAS UPHELD ON APPEAL.  TRUSTEE HAD INITIATED AN ADVERSARY CASE AGAINST RETICULUM PENDING THE OUTCOME OF THE APPEAL, AND THAT CASE SHALL REMAIN PENDING UNTIL A RESOLUTION IS REACHED ON RETICULUM'S COMPLIANCE WITH THE SALE OF CLAIMS ORDER.  THE TRUSTEE'S LAWSUIT AGAINST INSIDERS  JACOB WATTERS AND BARRETT DEAN HAS BEEN STAYED DUE TO THE CHAPTER 7 BANKRUPTCY FILING OF ONE OF THE DEFENDANTS, IN RE WILLIAM BERRY DEAN, III, BANKR. N.D. TEX. 19-31232.

UPDATE 10.23.19-LITIGATION WITH RETICULUM MANAGEMENT RESOLVED.  CLAIMS OBJECTIONS IN PROCESS. TAX COMPLIANCE IN PROCESS.

MAJOR ACTIVITIES:

SECURE PROPERTY-DONE
SECURE DOCUMENTS AND DATA-DONE

CLAIMS BAR DATE SET: 9.16.16
CLAIMS REVIEW DATE: 7.30.18
CLAIMS OBJECTIONS FILED DATE: 7.30.18
FINAL ALLOWANCE DATE:

EMPLOY CPA: DONE

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:  4     Exhibit 8

| Case No.: | 16-70245-HDH167024 | | Trustee Name: | Shawn K. Brown |
| Case Name: | TOTAL OPERATING, LLC | | Date Filed (f) or Converted (c): | 07/30/2016 (f) |
| For the Period Ending: | 2/3/2021 | | §341(a) Meeting Date: | 08/30/2016 |
| | | | Claims Bar Date: | 12/15/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

TAX RETURN 505 LETTER SENT DATE: 2016 and 2017 sent 7.31.18

PROMPT DETERMINATION RECEIVED DATE: Audit finalized and letter received 1.21.20

PREFERENCE/FRAUDULENT TRANSFER REVIEW

TFR PREPARED AND SENT TO UST DATE: 3.16.20

TFR APPROVED AND FILED DATE: 6.25.20--Amended filed 9.21.20

FEE APPLICATIONS FILED DATE:  6.26.20

TFR FINAL AND CHECKS MAILED DATE: 10.27.20

ZERO BALANCE DATE: 1.31.21

TDR SENT TO UST DATE: 2.3.21

TDR FILED DATE:

| Initial Projected Date Of Final Report (TFR): | 12/31/2020 | Current Projected Date Of Final Report (TFR): | /s/ SHAWN K. BROWN |
| | | | SHAWN K. BROWN |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 16-70245-HDH16702450 | |
| Case Name: | TOTAL OPERATING, LLC | |
| Primary Taxpayer ID #: | **-***0017 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 7/30/2016 | |
| For Period Ending: | 2/3/2021 | |

| | |
|---|---|
| Trustee Name: | Shawn K. Brown |
| Bank Name: | Independent Bank |
| Checking Acct #: | ******0245 |
| Account Title: | |
| Blanket bond (per case limit): | $300,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/18/2016 | (8) | MELISSA COWLEY | A/R | 1121-000 | $50.00 | | $50.00 |
| 08/18/2016 | (17) | CAPITAL ONE BANK | Credit balance card #4699 | 1221-000 | $42.83 | | $92.83 |
| 08/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.06 | $92.77 |
| 09/02/2016 | (1) | FIRST STATE BANK CHICO | Bank funds turnover | 1129-000 | $41,880.96 | | $41,973.73 |
| 09/13/2016 | (2) | SEMGROUP | STOCK DIVIDEND | 1223-000 | $6.75 | | $41,980.48 |
| 09/13/2016 | (18) | WH OPERATING LLC | RENT FOR 3 F-250 TRUCK LEASES | 1229-000 | $2,079.00 | | $44,059.48 |
| 09/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $56.47 | $44,003.01 |
| 09/30/2016 | 2001 | Clerk, US Bankruptcy Court | Certified copy | 2700-000 | | $11.50 | $43,991.51 |
| 10/05/2016 | (2) | SemGroup | Stock account | 1223-000 | $42.06 | | $44,033.57 |
| 10/10/2016 | (2) | SEMGROUP | STOCK DIVIDEND | 1223-000 | $323.85 | | $44,357.42 |
| 10/26/2016 | (19) | ADT SECURITY SERVICES | Refund | 1290-000 | $195.98 | | $44,553.40 |
| 10/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $71.39 | $44,482.01 |
| 11/07/2016 | | ROSEN SYSTEMS INC. | AUCTION SALE PROCEEDS | * | $451,197.66 | | $495,679.67 |
| | {10} | | $833.03 | 1129-000 | | | $495,679.67 |
| | {11} | | $271.01 | 1129-000 | | | $495,679.67 |
| | {12} | | $450,093.62 | 1129-000 | | | $495,679.67 |
| 11/14/2016 | 2002 | Operating Capital LLC | Administrative rent per order | 2410-000 | | $8,000.00 | $487,679.67 |
| 11/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $608.55 | $487,071.12 |
| 12/21/2016 | 2003 | Rosen Systems, Inc. | Auctioneer expenses-Order DE# 68 | 3620-000 | | $24,472.12 | $462,599.00 |
| 12/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $780.52 | $461,818.48 |
| 01/26/2017 | 2004 | George Adams and Co Ins. Agency LLC | Separate bond payment | 2300-000 | | $693.00 | $461,125.48 |
| 01/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $744.88 | $460,380.60 |
| 02/28/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $670.70 | $459,709.90 |
| 03/29/2017 | 2005 | Capital One, National Association | Order DE# 79 | 4210-000 | | $65,253.06 | $394,456.84 |
| 03/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $738.09 | $393,718.75 |
| 04/11/2017 | (20) | TRAVELERS PROPERTY CASUALTY | Premium refund | 1229-000 | $16,740.00 | | $410,458.75 |
| 04/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $630.24 | $409,828.51 |
| 05/18/2017 | (12) | Rosen Systems, Inc. | Sale proceeds trailer | 1129-000 | $1,950.00 | | $411,778.51 |

| | | SUBTOTALS | $514,509.09 | $102,730.58 |
|---|---|---|---|---|

FORM 2

Page No: 2

Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No.: | 16-70245-HDH16702450 | |
| Case Name: | TOTAL OPERATING, LLC | |
| Primary Taxpayer ID #: | **-***0017 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 7/30/2016 | |
| For Period Ending: | 2/3/2021 | |

| | |
|---|---|
| Trustee Name: | Shawn K. Brown |
| Bank Name: | Independent Bank |
| Checking Acct #: | ******0245 |
| Account Title: | |
| Blanket bond (per case limit): | $300,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 05/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $609.75 | $411,168.76 |
| 06/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $591.10 | $410,577.66 |
| 07/13/2017 | 2006 | Rosen Systems, Inc. | Expenses Order DE# 115 | 3620-000 | | $377.54 | $410,200.12 |
| 07/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $609.67 | $409,590.45 |
| 08/07/2017 | (4) | IPFS CORPORATION | Unearned premium refund-DEPOSIT RETURNED-NOT AUTHORIZED-PREVIOUSLY PAID BY TRAVELERS. | 1121-000 | $3,119.48 | | $412,709.93 |
| 08/21/2017 | (4) | DEP REVERSE: IPFS CORPORATION | Unearned premium refund-DEPOSIT RETURNED-NOT AUTHORIZED-PREVIOUSLY PAID BY TRAVELERS. | 1121-000 | ($3,119.48) | | $409,590.45 |
| 08/28/2017 | (4) | IPFS CORPORATION | REFUND | 1121-000 | $2,444.48 | | $412,034.93 |
| 08/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $608.99 | $411,425.94 |
| 09/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $591.47 | $410,834.47 |
| 10/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $610.31 | $410,224.16 |
| 11/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $589.74 | $409,634.42 |
| 12/13/2017 | 2007 | George Adams and Co Ins. Agency LLC | Separate bond payment-Invoice 2822 1/25/18-1/25/19 | 2300-000 | | $693.00 | $408,941.42 |
| 12/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $608.09 | $408,333.33 |
| 01/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $606.59 | $407,726.74 |
| 02/28/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $547.07 | $407,179.67 |
| 03/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $604.88 | $406,574.79 |
| 04/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $584.49 | $405,990.30 |
| 05/01/2018 | (22) | CATERPILLAR | Credit balance refund | 1290-000 | $14.78 | | $406,005.08 |
| 05/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $603.13 | $405,401.95 |
| 06/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $582.82 | $404,819.13 |
| 07/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $601.38 | $404,217.75 |
| 08/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $96.86 | $404,120.89 |
| 08/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($96.86) | $404,217.75 |
| 08/31/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $7,073.81 | $397,143.94 |
| 09/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($7,073.81) | $404,217.75 |
| 09/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $600.79 | $403,616.96 |
| | | | SUBTOTALS | | $2,459.26 | $10,620.81 | |

Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 16-70245-HDH16702450 | |
| Case Name: | TOTAL OPERATING, LLC | |
| Primary Taxpayer ID #: | **-***0017 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 7/30/2016 | |
| For Period Ending: | 2/3/2021 | |

| | |
|---|---|
| Trustee Name: | Shawn K. Brown |
| Bank Name: | Independent Bank |
| Checking Acct #: | ******0245 |
| Account Title: | |
| Blanket bond (per case limit): | $300,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/04/2019 | 2008 | George Adams and Co Ins. Agency LLC | Bond renewal-reduced $410,000 | 2300-000 | | $615.00 | $403,001.96 |
| 12/17/2019 | 2009 | George Adams and Co Ins. Agency LLC | Bond renewal-reduced $410,000 effective 12/25/20-1/25/21 | 2300-000 | | $615.00 | $402,386.96 |
| 02/03/2020 | 2010 | Reticulum Management, LLC | Order Dkt# 253 | 4210-000 | | $6,424.56 | $395,962.40 |
| 03/04/2020 | 2011 | Rochelle McCullough LLP | Order Dkt # 261 | 3210-000 | | $163,974.59 | $231,987.81 |
| 03/04/2020 | 2012 | Rochelle McCullough LLP | Order Dkt# 261 | 3220-000 | | $14,379.41 | $217,608.40 |
| 03/04/2020 | 2013 | Litzler Segner Shaw & McKenney LLP | Order Dkt# 261 | 3410-000 | | $59,445.00 | $158,163.40 |
| 03/04/2020 | 2014 | Litzler Segner Shaw & McKenney LLP | Order Dkt# 261 | 3420-000 | | $355.17 | $157,808.23 |
| 10/27/2020 | | INTERNAL REVENUE SERVICE | First and final distribution re: Claim #: ; Dividend: 2.30; Distribution Dividend: 100.00; Account Number: ; Claim #: ; | 5300-000 | | $3,642.50 | $154,165.73 |
| 10/27/2020 | | INTERNAL REVENUE SERVICE | First and final distribution re: Claim #: ; Dividend: 0.68; Distribution Dividend: 100.00; Account Number: ; Claim #: ; | 5800-000 | | $1,086.82 | $153,078.91 |
| 10/27/2020 | 2015 | Shawn K. Brown | Trustee Compensation | 2100-000 | | $20,680.00 | $132,398.91 |
| 10/27/2020 | 2016 | Shawn K. Brown | Trustee Expenses | 2200-000 | | $329.77 | $132,069.14 |
| 10/27/2020 | 2017 | TEXAS WORKFORCE COMMISSION | First and final distribution re: Claim #: ; Dividend: 0.08; Distribution Dividend: 100.00; Account Number: ; Claim #: ; | 5800-000 | | $130.42 | $131,938.72 |
| 10/27/2020 | 2018 | Holt Texas Ltd. dba Holt CAT | First and final distribution re: Claim #: 1; Dividend: 5.16; Distribution Dividend: 2.21; Account Number: 6251; Claim #: 1; | 7100-000 | | $8,148.73 | $123,789.99 |
| 10/27/2020 | 2019 | Link Field Services, Inc. | First and final distribution re: Claim #: 2; Dividend: 0.07; Distribution Dividend: 2.21; Account Number: ; Claim #: 2; | 7100-000 | | $118.95 | $123,671.04 |
| 10/27/2020 | 2020 | Airgas USA, LLC | First and final distribution re: Claim #: 5; Dividend: 0.05; Distribution Dividend: 2.21; Account Number: ; Claim #: 5; | 7100-000 | | $88.48 | $123,582.56 |

| | | | | SUBTOTALS | $0.00 | $280,034.40 | |

Exhibit 9

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 16-70245-HDH16702450 | Trustee Name: | Shawn K. Brown |
|---|---|---|---|
| Case Name: | TOTAL OPERATING, LLC | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***0017 | Checking Acct #: | ******0245 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 7/30/2016 | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 2/3/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/27/2020 | 2021 | Laura Hayek-Anderson | First and final distribution re: Claim #: 6;   Dividend: 0.98; Distribution Dividend: 100.00; Account Number: ; Claim #: 6; | 5300-000 | | $1,558.13 | $122,024.43 |
| 10/27/2020 | 2022 | DISA Global Solutions, Inc. | First and final distribution re: Claim #: 7;   Dividend: 0.00; Distribution Dividend: 2.21; Account Number: ; Claim #: 7; | 7100-000 | | $10.63 | $122,013.80 |
| 10/27/2020 | 2023 | Gary Cox | First and final distribution re: Claim #: 8;   Dividend: 1.78; Distribution Dividend: 100.00; Account Number: ; Claim #: 8; | 5300-000 | | $2,821.65 | $119,192.15 |
| 10/27/2020 | 2024 | Marty Henson | First and final distribution re: Claim #: 9;   Dividend: 1.23; Distribution Dividend: 100.00; Account Number: ; Claim #: 9; | 5300-000 | | $1,953.45 | $117,238.70 |
| 10/27/2020 | 2025 | Airgas USA, LLC | First and final distribution re: Claim #: 10;   Dividend: 0.30; Distribution Dividend: 2.21; Account Number: ; Claim #: 10; | 7100-000 | | $473.64 | $116,765.06 |
| 10/27/2020 | 2026 | James Vicari | First and final distribution re: Claim #: 11;   Dividend: 2.02; Distribution Dividend: 100.00; Account Number: ; Claim #: 11; | 5300-000 | | $3,197.87 | $113,567.19 |
| 10/27/2020 | 2027 | Comdata Inc. | First and final distribution re: Claim #: 12;   Dividend: 0.15; Distribution Dividend: 2.21; Account Number: 0225; Claim #: 12; | 7100-000 | | $250.47 | $113,316.72 |
| 10/27/2020 | 2028 | H.L. Chapman Pipeline Construction, Inc. | First and final distribution re: Claim #: 13;   Dividend: 2.44; Distribution Dividend: 2.21; Account Number: ; Claim #: 13; | 7100-000 | | $3,858.90 | $109,457.82 |
| 10/27/2020 | 2029 | Bowie ISD | First and final distribution re: Claim #: 14;   Dividend: 2.95; Distribution Dividend: 100.00; Account Number: ; Claim #: 14; | 4800-000 | | $4,657.12 | $104,800.70 |
| 10/27/2020 | 2030 | Montague County | First and final distribution re: Claim #: 15;   Dividend: 0.25; Distribution Dividend: 100.00; Account Number: ; Claim #: 15; | 4800-000 | | $401.17 | $104,399.53 |
| | | | **SUBTOTALS** | | $0.00 | $19,183.03 | |

FORM 2

Page No: 5    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-70245-HDH16702450 | Trustee Name: | Shawn K. Brown |
|---|---|---|---|
| Case Name: | TOTAL OPERATING, LLC | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***0017 | Checking Acct #: | ******0245 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 7/30/2016 | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 2/3/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/27/2020 | 2031 | Texas Workforce Commission | First and final distribution re: Claim #: 16;   Dividend: 0.31; Distribution Dividend: 100.00; Account Number: 0350; Claim #: 16; | 5800-000 | | $502.48 | $103,897.05 |
| 10/27/2020 | 2032 | MWH GROUP, PC | First and final distribution re: Claim #: 17;   Dividend: 0.00; Distribution Dividend: 2.21; Account Number: ; Claim #: 17; | 7100-000 | | $9.32 | $103,887.73 |
| 10/27/2020 | 2033 | West Texas Boring Co. LLC | First and final distribution re: Claim #: 18;   Dividend: 9.98; Distribution Dividend: 2.21; Account Number: ; Claim #: 18; | 7100-000 | | $15,749.33 | $88,138.40 |
| 10/27/2020 | 2034 | H&E Equipment Services, Inc. | First and final distribution re: Claim #: 19;   Dividend: 0.02; Distribution Dividend: 2.21; Account Number: ; Claim #: 19; | 7100-000 | | $32.74 | $88,105.66 |
| 10/27/2020 | 2035 | Elkhorn Construction Inc. | First and final distribution re: Claim #: 20;   Dividend: 0.11; Distribution Dividend: 2.21; Account Number: ; Claim #: 20; | 7100-000 | | $175.63 | $87,930.03 |
| 10/27/2020 | 2036 | John Deere Financial | First and final distribution re: Claim #: 21;   Dividend: 0.62; Distribution Dividend: 2.21; Account Number: ; Claim #: 21; | 7100-000 | | $990.60 | $86,939.43 |
| 10/27/2020 | 2037 | John Deere Financial | First and final distribution re: Claim #: 22;   Dividend: 0.99; Distribution Dividend: 2.21; Account Number: ; Claim #: 22; | 7100-000 | | $1,575.97 | $85,363.46 |
| 10/27/2020 | 2038 | Castle Trenching | First and final distribution re: Claim #: 23;   Dividend: 0.20; Distribution Dividend: 2.21; Account Number: ; Claim #: 23; | 7100-000 | | $330.29 | $85,033.17 |
| 10/27/2020 | 2039 | VFS Leasing Co. | First and final distribution re: Claim #: 24;   Dividend: 0.14; Distribution Dividend: 2.21; Account Number: ; Claim #: 24; | 7100-000 | | $228.90 | $84,804.27 |
| 10/27/2020 | 2040 | VFS Leasing Co. | First and final distribution re: Claim #: 25;   Dividend: 0.45; Distribution Dividend: 2.21; Account Number: ; Claim #: 25; | 7100-000 | | $724.67 | $84,079.60 |
| | | **SUBTOTALS** | | | $0.00 | $20,319.93 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-70245-HDH16702450 | Trustee Name: | Shawn K. Brown |
|---|---|---|---|
| Case Name: | TOTAL OPERATING, LLC | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***0017 | Checking Acct #: | ******0245 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 7/30/2016 | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 2/3/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/27/2020 | 2041 | RDO Equipment | First and final distribution re: Claim #: 26; Dividend: 0.09; Distribution Dividend: 2.21; Account Number: ; Claim #: 26; | 7100-000 | | $153.17 | $83,926.43 |
| 10/27/2020 | 2042 | NTTA | First and final distribution re: Claim #: 27; Dividend: 0.01; Distribution Dividend: 2.21; Account Number: ; Claim #: 27; | 7100-000 | | $20.19 | $83,906.24 |
| 10/27/2020 | 2043 | Western Supplies Inc. | First and final distribution re: Claim #: 28; Dividend: 0.14; Distribution Dividend: 2.21; Account Number: ; Claim #: 28; | 7100-000 | | $233.87 | $83,672.37 |
| 10/27/2020 | 2044 | Wells Fargo Vendor Financial Services | First and final distribution re: Claim #: 29; Dividend: 0.15; Distribution Dividend: 2.21; Account Number: ; Claim #: 29; | 7100-000 | | $250.85 | $83,421.52 |
| 10/27/2020 | 2045 | CNH Industrial Capital America LLC | First and final distribution re: Claim #: 30; Dividend: 0.99; Distribution Dividend: 2.21; Account Number: ; Claim #: 30; | 7100-000 | | $1,565.32 | $81,856.20 |
| 10/27/2020 | 2046 | CNH Industrial Capital America LLC | First and final distribution re: Claim #: 32; Dividend: 0.89; Distribution Dividend: 2.21; Account Number: ; Claim #: 32; | 7100-000 | | $1,413.60 | $80,442.60 |
| 10/27/2020 | 2047 | CNH Industrial Capital America LLC | First and final distribution re: Claim #: 33; Dividend: 0.40; Distribution Dividend: 2.21; Account Number: ; Claim #: 33; | 7100-000 | | $638.51 | $79,804.09 |
| 10/27/2020 | 2048 | CNH Industrial Capital America LLC | First and final distribution re: Claim #: 34; Dividend: 0.63; Distribution Dividend: 2.21; Account Number: ; Claim #: 34; | 7100-000 | | $996.59 | $78,807.50 |
| 10/27/2020 | 2049 | CNH Industrial Capital America LLC | First and final distribution re: Claim #: 35; Dividend: 0.28; Distribution Dividend: 2.21; Account Number: ; Claim #: 35; | 7100-000 | | $446.70 | $78,360.80 |
| 10/27/2020 | 2050 | CNH Industrial Capital America LLC | First and final distribution re: Claim #: 36; Dividend: 0.46; Distribution Dividend: 2.21; Account Number: ; Claim #: 36; | 7100-000 | | $741.38 | $77,619.42 |
| | | | **SUBTOTALS** | | $0.00 | $6,460.18 | |

Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 16-70245-HDH16702450 | |
| **Case Name:** | TOTAL OPERATING, LLC | |
| **Primary Taxpayer ID #:** | **-***0017 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 7/30/2016 | |
| **For Period Ending:** | 2/3/2021 | |

| | | |
|---|---|---|
| **Trustee Name:** | Shawn K. Brown | |
| **Bank Name:** | Independent Bank | |
| **Checking Acct #:** | ******0245 | |
| **Account Title:** | | |
| **Blanket bond (per case limit):** | $300,000.00 | |
| **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/27/2020 | 2051 | CNH Industrial Capital America LLC | First and final distribution re: Claim #: 37; Dividend: 0.77; Distribution Dividend: 2.21; Account Number: ; Claim #: 37; | 7100-000 | | $1,226.04 | $76,393.38 |
| 10/27/2020 | 2052 | CNH Industrial Capital America LLC | First and final distribution re: Claim #: 38; Dividend: 1.06; Distribution Dividend: 2.21; Account Number: ; Claim #: 38; | 7100-000 | | $1,675.27 | $74,718.11 |
| 10/27/2020 | 2053 | JML Management, Inc. | First and final distribution re: Claim #: 40; Dividend: 0.20; Distribution Dividend: 2.21; Account Number: ; Claim #: 40; | 7100-000 | | $320.88 | $74,397.23 |
| 10/27/2020 | 2054 | Southland Safety | First and final distribution re: Claim #: 42; Dividend: 0.02; Distribution Dividend: 2.21; Account Number: ; Claim #: 42; | 7100-000 | | $44.26 | $74,352.97 |
| 10/27/2020 | 2055 | Gajeske, Inc. | First and final distribution re: Claim #: 43; Dividend: 7.02; Distribution Dividend: 2.21; Account Number: ; Claim #: 43; | 7100-000 | | $11,086.55 | $63,266.42 |
| 10/27/2020 | 2056 | Clerk, US Bankruptcy Court | Small Dividends | * | | $2.26 | $63,264.16 |
| | | | Claim Amount          $(2.26) | 7100-001 | | | $63,264.16 |
| 10/27/2020 | 2057 | Wise Fire & Safety, LLC. | First and final distribution re: Claim #: 49; Dividend: 0.08; Distribution Dividend: 2.21; Account Number: ; Claim #: 49; | 7100-000 | | $128.74 | $63,135.42 |
| 10/27/2020 | 2058 | Caterpillar Financial Services Corp. | First and final distribution re: Claim #: 52; Dividend: 5.76; Distribution Dividend: 2.21; Account Number: ; Claim #: 52; | 7100-000 | | $9,101.55 | $54,033.87 |
| 10/27/2020 | 2059 | John Deere Financial | First and final distribution re: Claim #: 55; Dividend: 0.22; Distribution Dividend: 2.21; Account Number: ; Claim #: 55; | 7100-000 | | $356.71 | $53,677.16 |
| 10/27/2020 | 2060 | John Deere Financial | First and final distribution re: Claim #: 56; Dividend: 0.25; Distribution Dividend: 2.21; Account Number: ; Claim #: 56; | 7100-000 | | $397.03 | $53,280.13 |
| | | | **SUBTOTALS** | | $0.00 | $24,339.29 | |

FORM 2

Page No: 8          Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 16-70245-HDH16702450 | |
| Case Name: | TOTAL OPERATING, LLC | |
| Primary Taxpayer ID #: | **-***0017 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 7/30/2016 | |
| For Period Ending: | 2/3/2021 | |

| | |
|---|---|
| Trustee Name: | Shawn K. Brown |
| Bank Name: | Independent Bank |
| Checking Acct #: | ******0245 |
| Account Title: | |
| Blanket bond (per case limit): | $300,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/27/2020 | 2061 | John Deere Financial | First and final distribution re: Claim #: 57;  Dividend: 0.44; Distribution Dividend: 2.21; Account Number: ; Claim #: 57; | 7100-000 | | $707.01 | $52,573.12 |
| 10/27/2020 | 2062 | John Deere Financail | First and final distribution re: Claim #: 58;  Dividend: 0.58; Distribution Dividend: 2.21; Account Number: ; Claim #: 58; | 7100-000 | | $925.62 | $51,647.50 |
| 10/27/2020 | 2063 | John Deere Financial | First and final distribution re: Claim #: 59;  Dividend: 0.47; Distribution Dividend: 2.21; Account Number: ; Claim #: 59; | 7100-000 | | $745.80 | $50,901.70 |
| 10/27/2020 | 2064 | John Deere Financial | First and final distribution re: Claim #: 60;  Dividend: 1.01; Distribution Dividend: 2.21; Account Number: ; Claim #: 60; | 7100-000 | | $1,602.87 | $49,298.83 |
| 10/27/2020 | 2065 | Comptroller of Public Accounts | First and final distribution re: Claim #: 61;  Dividend: 6.63; Distribution Dividend: 100.00; Account Number: ; Claim #: 61; | 5800-000 | | $10,465.84 | $38,832.99 |
| 10/27/2020 | 2066 | Comptroller of Public Accounts | First and final distribution re: Claim #: 61;  Dividend: 0.01; Distribution Dividend: 2.21; Account Number: ; Claim #: 61; | 7100-000 | | $23.69 | $38,809.30 |
| 10/27/2020 | 2067 | Internal Revenue Service | First and final distribution re: Claim #: 63;  Dividend: 24.58; Distribution Dividend: 100.00; Account Number: ; Claim #: 63; | 5800-000 | | $38,803.17 | $6.13 |
| 10/27/2020 | 2068 | The Building Centers | First and final distribution re: Claim #: 66;  Dividend: 0.00; Distribution Dividend: 2.21; Account Number: ; Claim #: 66; | 7100-000 | | $6.13 | $0.00 |
| 01/25/2021 | | U.S. Bankruptcy Clerk Northern District of Texas-Dallas | Unclaimed funds paid to registry.  Elkhorn Construction Claim #20 | 7100-000 | | $175.63 | ($175.63) |
| 01/25/2021 | 2035 | STOP PAYMENT: Elkhorn Construction Inc. | First and final distribution re: Claim #: 20;  Dividend: 0.11; Distribution Dividend: 2.21; Account Number: ; Claim #: 20; | 7100-004 | | ($175.63) | $0.00 |
| | | | **SUBTOTALS** | | $0.00 | $53,280.13 | |

Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-70245-HDH16702450 | Trustee Name: | Shawn K. Brown |
|---|---|---|---|
| Case Name: | TOTAL OPERATING, LLC | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***0017 | Checking Acct #: | ******0245 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 7/30/2016 | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 2/3/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $516,968.35 | $516,968.35 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $516,968.35 | $516,968.35 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $516,968.35 | $516,968.35 | |

| **For the period of 7/30/2016 to 2/3/2021** | | **For the entire history of the account between 08/18/2016 to 2/3/2021** | |
|---|---|---|---|
| Total Compensable Receipts: | $516,968.35 | Total Compensable Receipts: | $516,968.35 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $516,968.35 | Total Comp/Non Comp Receipts: | $516,968.35 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $516,968.35 | Total Compensable Disbursements: | $516,968.35 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $516,968.35 | Total Comp/Non Comp Disbursements: | $516,968.35 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Page No: 10          Exhibit 9

## FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 16-70245-HDH16702450 | |
| Case Name: | TOTAL OPERATING, LLC | |
| Primary Taxpayer ID #: | **-***0017 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 7/30/2016 | |
| For Period Ending: | 2/3/2021 | |

| | |
|---|---|
| Trustee Name: | Shawn K. Brown |
| Bank Name: | Independent Bank |
| Checking Acct #: | ******0245 |
| Account Title: | |
| Blanket bond (per case limit): | $300,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $516,968.35 | $516,968.35 | $0.00 |

| **For the period of 7/30/2016 to 2/3/2021** | | **For the entire history of the case between 07/30/2016 to 2/3/2021** | |
|---|---|---|---|
| Total Compensable Receipts: | $516,968.35 | Total Compensable Receipts: | $516,968.35 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $516,968.35 | Total Comp/Non Comp Receipts: | $516,968.35 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $516,968.35 | Total Compensable Disbursements: | $516,968.35 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $516,968.35 | Total Comp/Non Comp Disbursements: | $516,968.35 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ SHAWN K. BROWN

SHAWN K. BROWN